James J. Arendt, Esq.  Bar No. 142937
Ashley N. Reyes, Esq.  Bar No. 312120

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
James@walaw-fresno.com
Ashley@walaw-fresno.com

Attorneys for Defendants County of Kings and Taylor Lopes

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,<br><br>　　　　Defendants. | Case No.  1:20-cv-01793-JLT-SKO<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>(Doc. 24)<br><br>Complaint Filed:   December 21, 2020<br>Trial Date:              TBD |

The parties, Freddie Quair (Plaintiff), County of Kings and Taylor Lopes (County Defendants), and Neil Compston, John Silveria, and Edward Sinclair (State Defendants), through their respective counsel, stipulate and jointly request the Court to extend the deadlines for expert discovery.

Good cause exists for this requested modification as follows:

On May 13, 2021, the Court entered its Scheduling Order in this matter, which contained the relevant case management deadlines including the deadlines for completion of non-expert discovery, expert disclosures, expert discovery, and the filing of dispositive motions [Doc. 20].

At this stage of the litigation written discovery has been propounded and the depositions of all Defendants have been taken. *Declaration of Ashley N. Reyes (hereinafter "Reyes Decl.")*, para. 3. The County Defendants had set the depositions of Plaintiff and three witnesses for February 22, 2022, and February 23, 2022, however due to scheduling conflicts amongst counsel, these depositions are unable to go forward as noticed. *Reyes Decl.*, para. 4. Furthermore, Plaintiff and another critical witness are both incarcerated, which makes the process of setting up the deposition and deposing the witness longer and a little more complicated. *Reyes Decl.*, para. 4.

The parties have not requested any prior modifications to the scheduling order, and modifying the order as requested will not impact the dispositive motion filing deadline or trial. Reyes Decl., para. 4.

In light of the foregoing good cause, the parties hereby stipulate and jointly request that the Court issue an order modifying the current Scheduling Order extending the discovery deadlines by 60 days.

**Stipulation Regarding Scheduling Order**

1.      Accordingly, in light of the foregoing Good Cause, the parties hereby stipulate to and jointly request that the Court issue an Order modifying the operative scheduling order in this case along the following lines and/or in a manner comparable to the following proposed amended schedule:

| Event | Deadline | Amended Deadline |
|---|---|---|
| Non-Expert Discovery | March 25, 2022 | May 25, 2022 |
| Designation of Expert Witnesses | April 25, 2022 | June 27 2022 |
| Rebuttal Designation of Expert Witnesses | May 31, 2022 | August 1, 2022 |
| Expert Discovery | July 12, 2022 | September 12, 2022 |
| Deadline to File Dispositive Motions | September 19, 2022 | Unchanged |

Joint Stipulation to
Modify Scheduling Order

2

| | | |
|---|---|---|
| Pre-Trial Conference | February 22, 2023 at 8:15 a.m. | Unchanged |
| Trial | TBD | Unchanged |

IT IS SO STIPULATED.

DATED:  February 18, 2022            WEAKLEY & ARENDT
                                     A Professional Corporation


                                     By:    /s/    *Ashley N. Reyes*
                                            James J. Arendt
                                            Ashley N. Reyes
                                            Attorneys for Defendants

DATED:  February 18, 2022            ATTORNEY GENERAL OF CALIFORNIA


                                     By:    /s/    *Norman D. Morrison*[1]
                                            Rob Bonta
                                            Pamela J. Holmes
                                            Norman D. Morrison
                                            Attorneys for Defendants Neil Compston, John Silveria, Edward Sinclair

DATED:  February 18, 2022            LAW OFFICES OF DALE K. GALIPO


                                     By:    /s/    *Dale K. Galipo*[2]
                                            Dale K. Galipo
                                            Attorney for Plaintiff


DATED:  February 18, 2022            LAW OFFICE OF DARRELL J. YORK


                                     By:    /s/    *Darrell J. York*[3]
                                            Darrell J. York
                                            Attorney for Plaintiff

---

[1] Authorized via email on February 18, 2022.
[2] Authorized via email on February 16, 2022.
[3] Authorized via email on February 16, 2022.

Joint Stipulation to
Modify Scheduling Order

**ORDER**

Pursuant to the parties' foregoing stipulation (Doc. 24), and for good cause shown, the Scheduling Order (Doc. 20) is hereby MODIFIED as follows:

| Event | Deadline | Continued Deadline |
|---|---|---|
| Non-Expert Discovery | March 25, 2022 | May 25, 2022 |
| Designation of Expert Witnesses | April 25, 2022 | June 27 2022 |
| Designation of Rebuttal Expert Witnesses | May 31, 2022 | August 1, 2022 |
| Expert Discovery | July 12, 2022 | September 12, 2022 |
| Non-Dispositive Motion Filing | July 12, 2022 | September 19, 2022 |
| Non-Dispositive Motion Hearing | August 10, 2022 | October 19, 2022 |
| Dispositive Motion Filing | September 19, 2022 | Unchanged |
| Pre-Trial Conference | February 22, 2023 at 8:15 a.m. | Unchanged |
| Propose Settlement Conference Dates | February 28, 2022 | March 25, 2022 |

Trial is SET for April 24, 2023, at 8:30 a.m. in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Court Judge.  All other dates and deadlines shall remain as set.

IT IS SO ORDERED.

Dated:   **February 22, 2022**                    /s/ *Sheila K. Oberto*
                                                           UNITED STATES MAGISTRATE JUDGE

Joint Stipulation to
Modify Scheduling Order

4