James J. Arendt, Esq.  Bar No. 142937
Matthew P. Bunting, Esq.  Bar No. 306034

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
James@walaw-fresno.com
Matthew@walaw-fresno.com

Attorneys for Defendants County of Kings and Taylor Lopes

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREDDIE QUAIR, | CASE NO.  1:20-CV-01793-JLT-SKO |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |
| COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive, | (Doc. 30) |
| Defendants. | |

The parties, Freddie Quair (Plaintiff), County of Kings and Taylor Lopes (County Defendants), and Neil Compston, John Silveria, and Edward Sinclair (State Defendants), through their respective counsel, stipulate and jointly request the Court to modify the existing scheduling orders for limited purposes as noted below.

On May 13, 2021, the Court entered its Scheduling Order in this matter, which contained the relevant case management deadlines including the deadlines for completion of non-expert discovery, expert disclosures, expert discovery, and the filing of dispositive motions. *Doc. 20.*

On February 22, 2022, the parties stipulated to modify the then existing scheduling order, and the Court, finding good cause, signed an order extending the deadlines for non-expert

discovery, designation of expert witnesses, designation of rebuttal expert witnesses, and expert discovery. *Doc. 25.*

The parties again request a limited modification to the scheduling orders as noted below. Good cause exists for the modifications for the following reasons:

(1)    It was believed that Plaintiff was treated for injuries related to the incident that is the subject of this litigation at "Fresno Medical Center." *Declaration of James J. Arendt* ("*Arendt Decl.*"), para. 3.  It was only recently determined he was treated at Community Regional Medical Center. *Arendt Decl.*, para. 3.  Based on information and belief, Plaintiff's counsel has issued a subpoena to obtain records from Community. *Arendt Decl.*, para. 3.

(2)    Plaintiff also has medical records, including mental health care records, maintained by Wellpath Health Care at the Kings County Jail where he is currently incarcerated. *Arendt Decl.*, para. 4.  Plaintiff is required to sign an authorization for the release of these records before they can be produced by Wellpath. *Arendt Decl.*, para. 4.  However, Plaintiff and the County defendants are currently disputing the scope of the release of records and an authorization has not yet been signed. *Arendt Decl.*, para. 4.  This dispute will likely lead to an informal discovery conference with the Court in the near future. *Arendt Decl.*, para. 4.

(3)    Defendant County has attempted to notice the depositions of two California Highway Patrol Officers that took aerial videos of the subject incident. *Arendt Decl.*, para. 5.  Counsel for Defendant County has been informed by CHP that both officers are out on medical leave and their depositions could not be taken. *Arendt Decl.*, para. 5.  The scope of the depositions are extremely limited with the only purpose of laying a foundation to authenticate the video since it is a key piece of evidence in this action. *Arendt Decl.*, para. 5.

1    As a result of extending non-expert discovery for these limited purposes, the parties also

2    stipulate to extend the deadline for expert designations, and expert discovery, again as noted

3    below. *Arendt Decl.*, para. 6.

4    Modifying the order as requested will not impact the dispositive motion filing deadline,

5    pretrial conference, or trial. *Arendt Decl.*, para. 7.

6    In light of the foregoing good cause, the parties hereby stipulate and jointly request that

7    the Court issue an order modifying the current scheduling orders as specifically outlined below.

8    **<u>Stipulation Regarding Scheduling Order</u>**

9    Accordingly, in light of the foregoing good cause, the parties hereby stipulate to and

10   jointly request that the Court issue an Order modifying the operative scheduling orders as

11   follows:

| Event | Deadline | Amended Deadline |
|-------|----------|------------------|
| Non-Expert Discovery | May 25, 2022 | June 24, 2022 |
| Designation of Expert Witnesses | June 27, 2022 | July 25, 2022 |
| Rebuttal Designation of Expert Witnesses | August 1, 2022 | August 15, 2022 |
| Expert Discovery | September 12, 2022 | October 10, 2022 |
| Deadline to File Dispositive Motions | September 19, 2022 | Unchanged |
| Pre-Trial Conference | February 22, 2023 at 8:15 a.m. | Unchanged |
| Trial | TBD | Unchanged |

20   IT IS SO STIPULATED.

21   DATED:  May 25, 2022          WEAKLEY & ARENDT
                                   A Professional Corporation

23                                By:    /s/   *James J. Arendt*
                                         James J. Arendt
24                                       Matthew P. Bunting
                                         Attorneys for Defendants

1   DATED:  May 25, 2022                    ATTORNEY GENERAL OF CALIFORNIA

2

3                                           By:    /s/    *Norman D. Morrison*
                                                   Rob Bonta
4                                                  Pamela J. Holmes
                                                   Norman D. Morrison
5                                                  Attorneys for Defendants Neil Compston, John
                                                   Silveria, Edward Sinclair
6

7
    DATED:  May 25, 2022                    LAW OFFICES OF DALE K. GALIPO
8

9
                                            By:    /s/    *Dale K. Galipo*
10                                                 Dale K. Galipo
                                                   Attorney for Plaintiff
11

12  DATED:  May 25, 2022                    LAW OFFICE OF DARRELL J. YORK

13

14                                          By:    /s/    *Darrell J. York*
                                                   Darrell J. York
15                                                 Attorney for Plaintiff

16

17                                          **ORDER**

18
            Pursuant to the parties' foregoing stipulation (Doc. 30), and for good cause shown, the
19
    current case schedule (Doc. 25) is hereby MODIFIED as follows:
20

21  | Event | Deadline | Amended Deadline |
    |---|---|---|
22  | Non-Expert Discovery | May 25, 2022 | June 24, 2022 |
    | Designation of Expert Witnesses | June 27, 2022 | July 25, 2022 |
23  | Rebuttal Designation of Expert Witnesses | August 1, 2022 | August 15, 2022 |
24  | Expert Discovery | September 12, 2022 | October 10, 2022 |
    | Deadline to File Dispositive Motions | September 19, 2022 | Unchanged[1] |
25  | Pre-Trial Conference | February 22, 2023 at 8:15 | Unchanged |

26
    _____
27  [1] The Court observes that it is highly unusual to set the close of expert discovery prior to the deadline for filing
    dispositive motions, but will nevertheless honor the parties' agreement.  The parties are cautioned, however, that
28  the incompleteness of expert discovery will not be entertained as a basis for continuing dispositive motion
    deadlines in the future.

| | a.m. | |
|---|---|---|
| Trial | April 23, 2023 at 8:30 a.m.[2] | Unchanged |

The Settlement Conference remains as set on October 26, 2022.

IT IS SO ORDERED.

Dated:   **May 26, 2022**                     _/s/ Sheila K. Oberto_
                                    UNITED STATES MAGISTRATE JUDGE

---

[2] Trial was set in this matter by the Court's February 22, 2022 Order.  (*See* Doc. 25.)

Stipulation and Order
To Modify Scheduling Order