1  James J. Arendt, Esq.  Bar No. 142937
   Matthew P. Bunting, Esq.  Bar No. 306034
2
         WEAKLEY & ARENDT
3       A Professional Corporation
       5200 N. Palm Avenue, Suite 211
4         Fresno, California 93704
         Telephone:  (559) 221-5256
5        Facsimile:  (559) 221-5262
          James@walaw-fresno.com
6        Matthew@walaw-fresno.com

7  Attorneys for Defendants County of Kings and Taylor Lopes

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 | FREDDIE QUAIR,                              ) CASE NO.  1:20-CV-01793-JLT-SKO
                                                )
12 |              Plaintiff,                    )
                                                )
13 |        vs.                                 ) **STIPULATION AND AMENDED ORDER**
                                                ) **TO MODIFY SCHEDULING ORDER**
14 | COUNTY OF KINGS; TAYLOR LOPES;             )
     NEIL COMPSTON; JOHN SILVERIA;              ) (Doc. 30)
15 | EDWARD SINCLAIR; and DOES 1                )
     THROUGH 10, inclusive,                     )
16 |                                            )
                                                )
17 |              Defendants.

18         The parties, Freddie Quair (Plaintiff), County of Kings and Taylor Lopes (County

19  Defendants), and Neil Compston, John Silveria, and Edward Sinclair (State Defendants), through

20  their respective counsel, stipulate and jointly request the Court to modify the existing scheduling

21  orders for limited purposes as noted below.

22         On May 13, 2021, the Court entered its Scheduling Order in this matter, which contained

23  the relevant case management deadlines including the deadlines for completion of non-expert

24  discovery, expert disclosures, expert discovery, and the filing of dispositive motions. *Doc. 20*.

25         On February 22, 2022, the parties stipulated to modify the then existing scheduling order,

26  and the Court, finding good cause, signed an order extending the deadlines for non-expert

27

28

---

Stipulation and Order
To Modify Scheduling Order

1

discovery, designation of expert witnesses, designation of rebuttal expert witnesses, and expert discovery. *Doc. 25*.

The parties again request a limited modification to the scheduling orders as noted below. Good cause exists for the modifications for the following reasons:

(1) It was believed that Plaintiff was treated for injuries related to the incident that is the subject of this litigation at "Fresno Medical Center." *Declaration of James J. Arendt* ("*Arendt Decl.*"), para. 3. It was only recently determined he was treated at Community Regional Medical Center. *Arendt Decl.*, para. 3. Based on information and belief, Plaintiff's counsel has issued a subpoena to obtain records from Community. *Arendt Decl.*, para. 3.

(2) Plaintiff also has medical records, including mental health care records, maintained by Wellpath Health Care at the Kings County Jail where he is currently incarcerated. *Arendt Decl.*, para. 4. Plaintiff is required to sign an authorization for the release of these records before they can be produced by Wellpath. *Arendt Decl.*, para. 4. However, Plaintiff and the County defendants are currently disputing the scope of the release of records and an authorization has not yet been signed. *Arendt Decl.*, para. 4. This dispute will likely lead to an informal discovery conference with the Court in the near future. *Arendt Decl.*, para. 4.

(3) Defendant County has attempted to notice the depositions of two California Highway Patrol Officers that took aerial videos of the subject incident. *Arendt Decl.*, para. 5. Counsel for Defendant County has been informed by CHP that both officers are out on medical leave and their depositions could not be taken. *Arendt Decl.*, para. 5. The scope of the depositions are extremely limited with the only purpose of laying a foundation to authenticate the video since it is a key piece of evidence in this action. *Arendt Decl.*, para. 5.

1  As a result of extending non-expert discovery for these limited purposes, the parties also
2  stipulate to extend the deadline for expert designations, and expert discovery, again as noted
3  below.  *Arendt Decl.*, para. 6.

4  Modifying the order as requested will not impact the dispositive motion filing deadline,
5  pretrial conference, or trial.  *Arendt Decl.*, para. 7.

6  In light of the foregoing good cause, the parties hereby stipulate and jointly request that
7  the Court issue an order modifying the current scheduling orders as specifically outlined below.

## **Stipulation Regarding Scheduling Order**

Accordingly, in light of the foregoing good cause, the parties hereby stipulate to and jointly request that the Court issue an Order modifying the operative scheduling orders as follows:

| Event | Deadline | Amended Deadline |
|---|---|---|
| Non-Expert Discovery | May 25, 2022 | June 24, 2022 |
| Designation of Expert Witnesses | June 27, 2022 | July 25, 2022 |
| Rebuttal Designation of Expert Witnesses | August 1, 2022 | August 15, 2022 |
| Expert Discovery | September 12, 2022 | October 10, 2022 |
| Deadline to File Dispositive Motions | September 19, 2022 | Unchanged |
| Pre-Trial Conference | February 22, 2023 at 8:15 a.m. | Unchanged |
| Trial | TBD | Unchanged |

IT IS SO STIPULATED.

DATED:  May 25, 2022          WEAKLEY & ARENDT
                              A Professional Corporation


                              By:   /s/   *James J. Arendt*
                                    James J. Arendt
                                    Matthew P. Bunting
                                    Attorneys for Defendants

| | | |
|---|---|---|
| DATED:  May 25, 2022 | ATTORNEY GENERAL OF CALIFORNIA | |
| | By: | /s/     *Norman D. Morrison*    <br>Rob Bonta<br>Pamela J. Holmes<br>Norman D. Morrison<br>Attorneys for Defendants Neil Compston, John Silveria, Edward Sinclair |
| DATED:  May 25, 2022 | LAW OFFICES OF DALE K. GALIPO | |
| | By: | /s/     *Dale K. Galipo*    <br>Dale K. Galipo<br>Attorney for Plaintiff |
| DATED:  May 25, 2022 | LAW OFFICE OF DARRELL J. YORK | |
| | By: | /s/     *Darrell J. York*    <br>Darrell J. York<br>Attorney for Plaintiff |

## **AMENDED ORDER**

Pursuant to the parties' foregoing stipulation (Doc. 30), and for good cause shown, the current case schedule (Doc. 25) is hereby MODIFIED as follows:

| **Event** | **Deadline** | **Amended Deadline** |
|---|---|---|
| Non-Expert Discovery | May 25, 2022 | June 24, 2022 |
| Designation of Expert Witnesses | June 27, 2022 | July 25, 2022 |
| Rebuttal Designation of Expert Witnesses | August 1, 2022 | August 15, 2022 |
| Expert Discovery | September 12, 2022 | October 10, 2022 |
| Deadline to File Dispositive Motions | September 19, 2022 | Unchanged[1] |

---

[1] The Court observes that it is highly unusual to set the close of expert discovery prior to the deadline for filing dispositive motions, but will nevertheless honor the parties' agreement.  The parties are cautioned, however, that the incompleteness of expert discovery will not be entertained as a basis for continuing dispositive motion deadlines in the future.

Stipulation and Order
To Modify Scheduling Order

4

| Pre-Trial Conference | February 22, 2023 at 8:15 a.m. | Unchanged |
|---|---|---|
| Trial | **April 24, 2023 at 8:30 a.m**.[2] | Unchanged |

The Settlement Conference remains as set on **November 1, 2022**.

IT IS SO ORDERED.

Dated:   **June 3, 2022**                                     /s/ *Sheila K. Oberto*
                                                                                   UNITED STATES MAGISTRATE JUDGE

---

[2] Trial was set in this matter by the Court's February 22, 2022 Order.  (*See* Doc. 25.)