**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

FREDDIE QUAIR,

               Plaintiff,

     v.

COUNTY OF KINGS, et al.,

              Defendants.

Case No. 1:20-cv-01793-JLT-SKO

**ORDER RE: DISCOVERY**

Having considered the parties' letter briefs regarding their informal discovery dispute and having heard from counsel at the informal discovery dispute conference ("Discovery Conference") held on July 7, 2022, the Court hereby ORDERS that Defendants' request for access to Plaintiff's mental health records is DENIED for the reasons stated during the Discovery Conference. Plaintiff will not be permitted to introduce expert testimony or medical records to support his "garden variety" emotional distress claim.

IT IS SO ORDERED.

Dated: __**July 7, 2022**__          _____/s/ *Sheila K. Oberto*_____
                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28