James J. Arendt, Esq.  Bar No. 142937
Matthew P. Bunting, Esq.  Bar No. 306034

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
James@walaw-fresno.com
Matthew@walaw-fresno.com

Attorneys for Defendants County of Kings and Taylor Lopes

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR,<br><br>            Plaintiff,<br><br>    vs.<br><br>COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,<br><br>            Defendants. | CASE NO. 1:20-CV-01793-JLT-SKO<br><br>**STIPULATION AND ORDER TO VACATE PRE-SETTLEMENT TELEPHONIC CONFERENCE AND SETTLEMENT CONFERENCE**<br><br>(Doc. 51) |

The parties, Freddie Quair (Plaintiff), County of Kings and Taylor Lopes (County Defendants), and Neil Compston, John Silveria, and Edward Sinclair (State Defendants), through their respective counsel, stipulate and jointly request the Court vacate the October 26, 2022, Pre-Settlement Telephonic Conference and the November 1, 2022, Settlement Conference. *Doc. 29*.

In light of the pending motions for summary judgment filed by the County Defendants and State Defendants, as well as the correspondence exchanged between the parties regarding settlement demands and offers, the Parties do not believe a settlement conference at this time would be a productive use of the Court's or Counsel's time.  The Parties therefore respectfully

Stipulation and Order
To Vacate Settlement Conference

1

1 request that the October 26, 2022, Pre-Settlement Telephonic Conference, and the November 1, 2022, Settlement Conference be vacated.

IT IS SO STIPULATED.


DATED: October 17, 2022	WEAKLEY & ARENDT
	A Professional Corporation


	By:	/s/   *James J. Arendt*
		James J. Arendt
		Matthew P. Bunting
		Attorneys for Defendants


DATED: October 17, 2022	ATTORNEY GENERAL OF CALIFORNIA


	By:	/s/   *Norman D. Morrison*
		Rob Bonta
		Pamela J. Holmes
		Norman D. Morrison
		Attorneys for Defendants Neil Compston, John
		Silveria, Edward Sinclair


DATED: October 17, 2022	LAW OFFICES OF DALE K. GALIPO


	By:	/s/   *Dale K. Galipo*
		Dale K. Galipo
		Attorney for Plaintiff


DATED: October 17, 2022	LAW OFFICE OF DARRELL J. YORK


	By:	/s/   *Darrell J. York*
		Darrell J. York
		Attorney for Plaintiff

**ORDER**

Pursuant to the parties' foregoing stipulation (Doc. 51), the October 26, 2022, Pre-Settlement Telephonic Conference, and the November 1, 2022, Settlement Conference are VACATED. **Within three days of the resolution of the pending motions for summary judgment (*see* Docs. 36 & 38),** the parties SHALL meet and confer and file a joint status report updating the Court on the status of the case and proposing three to four dates on which a settlement conference (held on Tuesdays and Thursdays at 10:00 or 10:30 a.m.) will be re-set, if appropriate.[1]

IT IS SO ORDERED.

Dated:   **October 18, 2022**              /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] As the parties have been informed, District Judge Thurston "generally requires a formal settlement conference take place before any civil case proceeds to trial."  (*See* Doc. 48.)