| | |
|---|---|
| 1 | James J. Arendt, Esq.    Bar No. 142937 |
| 2 | Matthew P. Bunting, Esq.  Bar No. 306034 |

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
James@walaw-fresno.com
Matthew@walaw-fresno.com

Attorneys for Defendants County of Kings and Taylor Lopes

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,<br><br>    Defendants. | ) CASE NO. 1:20-CV-01793-KJM-SKO<br>)<br>)<br>)<br>) **COUNTY DEFENDANTS' RESPONSE TO**<br>) **COURT'S ORDER REGARDING**<br>) **HEARING ON MOTIONS FOR**<br>) **SUMMARY JUDGMENT (DOC. 56)**<br>)<br>)<br>)<br>) |

    Defendants County of Kings and Taylor Lopes ("County Defendants") hereby submit their response to the Court's Order Regarding the Hearing on Motions for Summary Judgment (Doc. 56):

    Counsel for the County Defendants has no hardship regarding travelling to Sacramento for in person oral arguments and will do so upon the Court's order setting oral argument.

DATED: February 28, 2025    WEAKLEY & ARENDT
                                          A Professional Corporation

                                          By:   /s/   *James J. Arendt*
                                                   James J. Arendt
                                                   Matthew P. Bunting
                                                   Attorneys for County Defendants