LAW OFFICE OF DARRELL J. YORK
Darrell J. York (SBN 145601)
299 S. Main Street, 13th Floor
Salt Lake City, Utah 84111
Telephone: (661) 478-9640
Fax:     (877) 221-3306
Email:  djylaw@gmail.com

*Attorneys for Plaintiff, Freddie Quair*

# UNITED STATES DISTICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR,<br><br>            Plaintiff,<br><br>      vs.<br><br>COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,<br><br>            Defendants | Case No.  1:20-cv-01793-KJM-(SKO)<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that effective immediately the Law Office of Darrell J. York has relocated to 299 S. Main Street, 13th Floor, Salt Lake City, UT 84111.

Dated: March 3, 2025                                By: /s/ *Darrell J. York*
                                                                       Attorney for Plaintiffs