LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (Bar No. 144074)
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118
dalekgalipo@yahoo.com

LAW OFFICE OF DARRELL J. YORK
Darrell J. York (SBN 145601)
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Telephone: (661) 362-0828
Fax:   (877) 221-3306
Email:  djylaw@gmail.com

*Attorneys for Plaintiff, Freddie Quair*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR,<br><br>                    Plaintiff,<br><br>vs.<br><br>COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,<br><br>                    Defendants | CASE No.: **1:20−CV−01793−JLT−SKO**<br><br>**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER REGARDING HEARING ON MOTION FOR SUMMARY JUDGMENT (DOC. 56)** |

## TO THE HONORABLE COURT:

Plaintiff Freddie Quair submits the following Response to the Court's Order Regarding the Hearing on Motions for Summary Judgment (Doc. 56).

Plaintiff's counsel respectfully requests permission to appear remotely for the hearing on Defendants' motion for summary judgment. Counsel is based in Woodland Hills, California, and an in-person appearance would require a full day of travel to and from Sacramento. Additionally, counsel has back-to-back trials

scheduled in the coming months, including trials set for March 11, April 15, and April 21, and May 27, as well as previously scheduled hearings, depositions, and mediations in the Los Angeles area.

Given these professional obligations, Plaintiff's counsel respectfully requests to appear remotely for the hearing.

Respectfully submitted,

DATED: March 7, 2025                    LAW OFFICES OF DALE K. GALIPO

By: _____
Dale K. Galipo
Attorney for Plaintiff