LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (Bar No. 144074)
Cooper Alison-Mayne (Bar No. 343169)
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118
dalekgalipo@yahoo.com

LAW OFFICE OF DARRELL J. YORK
Darrell J. York (SBN 145601)
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Telephone: (661) 362-0828
Fax:      (877) 221-3306
Email:  djylaw@gmail.com

*Attorneys for Plaintiff, Freddie Quair*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR,<br><br>                          Plaintiff,<br><br>        vs.<br><br>COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,<br><br>                          Defendants | CASE No.: **1:20−CV−01793−JLT−SKO**<br><br>**PLAINTIFF'S RESPONSE TO THE COURT'S MINUTE ORDER REGARDING HEARING ON MOTION FOR SUMMARY JUDGMENT (DOC. 61)** |

## TO THE HONORABLE COURT:

Pursuant to the Court's Minute Order dated March 7, 2025 (Doc. 61), Plaintiff respectfully submits the following status update regarding the availability of lead counsel, Dale K. Galipo, for the hearing on the pending Motions for Summary Judgment, currently set for April 17, 2025.

The trial previously scheduled to commence on April 15, 2025, has been continued and will no longer pose a direct conflict. However, Mr. Galipo is now

**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER REGARDING HEARING ON MOTION FOR SUMMARY JUDGMENT (DOC. 61)**

engaged in pretrial preparations for another matter, Case No. 5:22-cv-01934-SSS-SP (C.D. Cal.), which is scheduled to begin trial on April 21, 2025. In light of the demands of trial preparation, it would be challenging for Mr. Galipo to travel from Los Angeles to Sacramento for an in-person hearing on April 17.

Accordingly, and pursuant to the Court's guidance encouraging the participation of young attorneys, Plaintiff respectfully requests that associate attorney Cooper Alison-Mayne be permitted to present oral argument on Plaintiff's behalf. Mr. Alison-Mayne is within six years of graduating law school, has been practicing for three years, and is well-acquainted with the record and legal issues in this matter. He is actively seeking opportunities to develop his oral advocacy skills, and this hearing would provide valuable experience.

Should the Court grant this request, Mr. Galipo respectfully asks to observe the hearing remotely to support the training and supervision of junior counsel.

Respectfully submitted,

DATED: April 1, 2025                    LAW OFFICES OF DALE K. GALIPO

                                        By: _____
                                             Dale K. Galipo
                                             Attorneys for Plaintiff

**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER REGARDING HEARING ON MOTION FOR SUMMARY JUDGMENT (DOC. 61)**