**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

LAW OFFICE OF DARRELL J. YORK
Darrell J. York (SBN 145601)
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Telephone: (661) 362-0828
Fax:      (877) 221-3306
Email:  djylaw@gmail.com

*Attorneys for Plaintiff, Freddie Quair*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR,<br><br>          Plaintiff,<br><br>     vs.<br><br>COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,<br><br>          Defendants | CASE No.: **1:20−CV−01793−KJM−SKO**<br><br>*[Honorable Dist. Judge Kimberly J. Mueller]*<br>*[Honorable Mag. Judge Sheila K. Oberto]*<br><br>**NOTICE OF APPEARANCE AND CONFIRMATION OF ORAL APPEARANCE AT HEARING** |

***TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE,** pursuant to Rule 182(a)(2)(iii), Cooper Alison-Mayne, of the Law Offices of Dale K. Galipo, hereby makes his appearance as counsel for Plaintiff Freddie Quair. On April 17, 2025, at 9:00am Mr. Alison-Mayne appeared in Court before the Honorable Kimberly J. Mueller representing the plaintiff on a Motion for Summary Judgment hearing. Mr. Alison-Mayne's contact information is as follows:

>Cooper Alison-Mayne
>E-mail: cmayne@galipolaw.com
>**LAW OFFICES OF DALE K. GALIPO**
>21800 Burbank Blvd., Suite 310
>Woodland Hills, CA 91367
>Tel: (818) 347-3333
>Fax: (818) 347-4118

DATED: April 18, 2025                               LAW OFFICES OF DALE K. GALIPO

                                    By: /s/ *Cooper Alison-Mayne*
                                         Cooper Alison-Mayne
                                         Attorney for Plaintiff

-2-   Case No. 1:20−CV−01793−JLT−SKO
**NOTICE OF APPEARANCE**