**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

LAW OFFICE OF DARRELL J. YORK
Darrell J. York (SBN 145601)
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Telephone: (661) 362-0828
Fax:      (877) 221-3306
Email:  djylaw@gmail.com

*Attorneys for Plaintiff, Freddie Quair*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,<br><br>　　　　　　　Defendants | CASE No.: **1:20−CV−01793−KJM−SKO**<br><br>*[Honorable Dist. Judge Kimberly J. Mueller]*<br>*[Honorable Mag. Judge Sheila K. Oberto]*<br><br>**PLAINTIFF'S UNOPPOSED REQUEST TO APPEAR REMOTELY AT THE JULY 7, 2025, FINAL PRETRIAL CONFERENCE HEARING**<br><br>Date:　　　July 7, 2025<br>Time:　　　10:00 a.m.<br>Courtroom: 3, 15th floor |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the parties, through their respective counsel, hereby jointly and respectfully submit this Joint Motion, pursuant to Local Rule 174 and the Court's Standing Order, requesting that all parties and counsel be permitted to appear by Zoom at the Final Pretrial Conference currently scheduled for July 7, 2025, at 10:00 a.m.

Attending the hearing in person will cause significant hardship for several reasons, including: (1) Dale K. Galipo, counsel for Plaintiff, has a doctor's appointment in Los Angeles on the same date and is preparing for depositions scheduled for that week; (2) Mr. Galipo's office is located in Los Angeles, and attending the hearing in person would create a substantial hardship because it would require dedicating an entire day to travel to Sacramento and back; and (3) James J. Arendt, counsel for Defendants Kings County, has another pretrial conference scheduled on July 7, 2025, in Fresno, California, which was set before this hearing was scheduled. Requiring in-person attendance would therefore impose a hardship on both sides' counsel.

Accordingly, the parties jointly request, pursuant to Local Rule 174 and the Court's Standing Order, that the Court grant permission for all parties and their counsel to appear remotely at the Final Pretrial Conference on July 7, 2025.

DATED: June 30, 2025

                                                  LAW OFFICES OF DALE K. GALIPO

                                          By: */s/ Cooper Alison-Mayne*
                                                Cooper Alison-Mayne
                                                Attorney for Plaintiff

| | | |
|---|---|---|
| 1 | DATED: June 30, 2025 | WEAKLEY & ARENDT |
| 2 | | |
| 3 | | */s/ Matthew Bunting*<br>Matthew Bunting |
| 4 | | *Attorney for Defendants Taylor Lopes and County of Kings* |
| 5 | | |
| 6 | DATED: June 30, 2025 | ROB BONTA<br>ATTORNEY GENERAL OF CALIFORNIA |
| 7 | | |
| 8 | | */s/ Norman Morrison* |
| 9 | | Norman Morrison |
| 10 | | Deputy Attorney General |
| 11 | | *Attorney for Defendants Neil Compston, John Silveria, and Edward Sinclair* |