**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

LAW OFFICE OF DARRELL J. YORK
Darrell J. York (SBN 145601)
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Telephone: (661) 362-0828
Fax:      (877) 221-3306
Email:  djylaw@gmail.com

*Attorneys for Plaintiff, Freddie Quair*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR,<br><br>              Plaintiff,<br><br>     vs.<br><br>COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,<br><br>              Defendants | CASE No.: **1:20−CV−01793−KJM−SKO**<br><br>[*Honorable Dist. Judge Kimberly J. Mueller*]<br>[*Honorable Mag. Judge Sheila K. Oberto*]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED REQUEST TO APPEAR REMOTELY AT THE JULY 7, 2025, FINAL PRETRIAL CONFERENCE HEARING**<br><br>Date:        July 7, 2025<br>Time:        10:00 a.m.<br>Courtroom:  3, 15th floor |

The Court Grants Plaintiff's Unopposed Request to Appear Remotely at July 7, 2025, Final Pretrial Conference Hearing.

IT IS SO ORDERED.

DATED: _____

                                      HON. KIMBERLY J. MUELLER
                                      UNITED STATES DISTRICT JUDGE