James J. Arendt, Esq.    Bar No. 142937
Matthew P. Bunting, Esq.    Bar No. 306034
WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
James@walaw-fresno.com
Matthew@walaw-fresno.com

Attorneys for Defendants County of Kings and Taylor Lopes

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive, <br><br> Defendants. | CASE NO. 1:20-CV-01793-KJM-SKO <br><br> **COUNTY DEFENDANTS' TRIAL EXHIBIT LIST** <br><br> **Date:       November 10, 2025** <br> **Time:       9:00 a.m.** <br> **Courtroom: Three** <br> **The Honorable Kimberly J. Mueller** |

Defendants County of Kings and Taylor Lopes ("County Defendants") hereby submit their trial exhibit list:

1. Hanford Police Department Report No. H1903235 including all supplemental documents.

2. Kings County Sheriff's Office ("KCSO") Report No. 19K019976 including all supplemental documents.

3. Corcoran Police Department Report No. C1901057 including all supplemental documents.

4. State of California Department of Justice Bureau of Investigations Report No. 120, Investigation #BI-FR2018-00028.

5. Audio recordings of interviews related to the above-identified investigations.

6. Scene and evidence photos, including those taken at time of service of the search warrant related to the subject incident, and medical treatment of Plaintiff.

7. FARO Laser Scan data and screen shots.

8. Dispatch audio recordings and call history related to subject incident.

9. Audio and video recordings related to surveillance conducted during Operation Red Reaper.

10. Audio recording of phone conversation between Plaintiff and Jose Quintero prior to the subject incident.

11. CHP aerial video.

12. Kaweah Delta Medical Center records regarding Plaintiff.

13. June 17, 2020, letter from Kings County Assistant District Attorney Phil Esbenshade to Sheriff David Robinson re: District Attorney's Office investigation of subject incident.

14. Kings County Sheriff's Office Policy and Procedure Manual.

15. Log of Defendant Lopes' Lexipol training bulletins.

16. Defendant Lopes' KCSO training records.

17. Wellpath Health Care records regarding Plaintiff.

18. Community Regional Medical Center records regarding Plaintiff.

19. Operation Red Reaper criminal discovery records including but not limited to, reports, audio and video recordings, photos and screenshots, search warrants and supporting affidavits, and arrest warrants.

20. County of Los Angeles Department of Medical Examiner Coroner Gunshot Residue Test Results.

21. Kings County Jail records regarding Plaintiff including classification records, custody grievances; disciplinary actions, medical grievances, incident reports and Spillman notes.

/ / /

22. Kings County Superior Court records regarding criminal prosecution of Plaintiff, Jose Quintero, Jr., and/or David Hernandez to include arrest and search warrants, search warrant returns, pleadings, sentencing records and reports.

23. Arrest Warrants for Plaintiff and Jose Quintero.

24. Search Warrants and Affidavits for 1155 Summer Field Court, Hanford, CA. and 214 South Street, Hanford, California.

25. All exhibits identified by other parties to this action.

Defendant County reserves the right to supplement this Exhibit List.

DATED: July 14, 2025

WEAKLEY & ARENDT
A Professional Corporation

By: /s/*James J. Arendt*
    James J. Arendt
    Matthew P. Bunting
    Attorneys for County Defendants