| | |
|---|---|
| 1 | James J. Arendt, Esq.        Bar No. 142937 |
| 2 | Matthew P. Bunting, Esq.  Bar No. 306034<br>WEAKLEY & ARENDT |
| 3 | A Professional Corporation<br>5200 N. Palm Avenue, Suite 211 |
| 4 | Fresno, California 93704<br>Telephone:  (559) 221-5256 |
| 5 | Facsimile:  (559) 221-5262<br>James@walaw-fresno.com |
| 6 | Matthew@walaw-fresno.com |

Attorneys for Defendants County of Kings and Taylor Lopes

### UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDDIE QUAIR, | ) | CASE NO.  1:20-CV-01793-KJM-SKO |
| Plaintiff, | ) | |
| vs. | ) | **COUNTY DEFENDANTS'** |
| | ) | **TRIAL WITNESS LIST** |
| COUNTY OF KINGS; TAYLOR LOPES;<br>NEIL COMPSTON; JOHN SILVERIA;<br>EDWARD SINCLAIR; and DOES 1<br>THROUGH 10, inclusive, | ) | Date:           November 10, 2025<br>Time:           9:00 a.m.<br>Courtroom:  Three<br>The Honorable Kimberly J. Mueller |
| Defendants. | ) | |

Defendants County of Kings and Taylor Lopes ("County Defendants") hereby submit their trial witness list:

1. Special Agent Aguirre (State of California Department of Justice)

2. Officer Carlos Andrade, #177 (Corcoran Police Department)

3. Gabriel Andrade

4. Communications Dispatcher Supervisor Toni Barnes

5. Surenia Barriga

6. Commander Loren Bettencourt (Kings County Sheriff's Office ("KCSO")

7. Commander Mark Bevens (KCSO)

8. Undersheriff Rick Bradford (KCSO)

---

County Defendants' Trial Witness List

1

| | | |
|---|---|---|
| 1 | 9. | Firefighter D. Bravo (Kings County Fire Department) |
| 2 | 10. | Sergeant Pedro Carrasco, #7 (Corcoran Police Department) |
| 3 | 11. | Clarence Chapman (retained expert) |
| 4 | 12. | Officer Steven Chee, #23 (Corcoran Police Department) |
| 5 | 13. | Special Agent Cisneros (State of California Department of Justice) |
| 6 | 14. | Lindita Coku, M.D. |
| 7 | 15. | Special Agent Neil Compston (State of California Department of Justice) |
| 8 | 16. | Officer Jared Cotta, #1472 (Hanford Police Department) |
| 9 | 17. | Scott Davis (American Ambulance) |
| 10 | 18. | Detective Raymond Dias #1473 (Hanford Police Department) |
| 11 | 19. | Officer Dieterle (Corcoran Police Department) |
| 12 | 20. | Laura Diez (American Ambulance) |
| 13 | 21. | Special Agent Chase Dobbins (State of California Department of Justice) |
| 14 | 22. | Phil Esbenshade (Kings County District Attorney's Office) |
| 15 | 23. | Detective Eric Essman, #1445 (KCSO) |
| 16 | 24. | Officer Nick Fishbough (California Highway Patrol) |
| 17 | 25. | Robert J. Fonzi (retained expert) |
| 18 | 26. | Daniel Fulks (American Ambulance) |
| 19 | 27. | Captain Gong (Kings County Fire Department) |
| 20 | 28. | Officer John Harris, #43 (Corcoran Police Department) |
| 21 | 29. | David Hernandez |
| 22 | 30. | Special Agent Johnson (State of California Department of Justice) |
| 23 | 31. | Assistant Chief Gary Kramer (Corcoran Police Department) |
| 24 | 32. | Sergeant Taylor Lopes (KCSO) |
| 25 | 33. | Detective Jessica Machado, #389 (KCSO) |
| 26 | 34. | Special Agent Nathan Mancebo (State of California Department of Justice) |
| 27 | 35. | Officer Dusty Manning (California Highway Patrol) |
| 28 | 36. | Detective Andrew Mazza (KCSO) |

| | | |
|---|---|---|
| 1 | 37. | Robert McFarlane (retained expert) |
| 2 | 38. | Commander Armando Puga (KCSO) |
| 3 | 39. | Freddie Quair |
| 4 | 40. | Angel Gabriel Quintero |
| 5 | 41. | Jose Quintero |
| 6 | 42. | Officer Max Rapozo (Corcoran Police Department) |
| 7 | 43. | Officer Jimmy Roark, #117 (Corcoran Police Department) |
| 8 | 44. | Officer Garrett Robertshaw, #172 (Corcoran Police Department) |
| 9 | 45. | Special Agent Rodriguez (State of California Department of Justice) |
| 10 | 46. | Sheriff David Robinson (KCSO) |
| 11 | 47. | Officer John Sconoma (California Highway Patrol) |
| 12 | 48. | Special Agent John Silveira (State of California Department of Justice) |
| 13 | 49. | Special Agent Edward Sinclair (State of California Department of Justice) |
| 14 | 50. | Officer Michael Szatmari (California Highway Patrol) |
| 15 | 51. | Undersheriff Robert Thayer (KCSO) |

DATED: July 14, 2025

WEAKLEY & ARENDT
A Professional Corporation

By: /s/ *James J. Arendt*
    James J. Arendt
    Matthew P. Bunting
    Attorneys for County Defendants