James J. Arendt, Esq.  Bar No. 142937
Matthew P. Bunting, Esq.  Bar No. 306034
WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
James@walaw-fresno.com
Matthew@walaw-fresno.com

Attorneys for Defendants County of Kings and Taylor Lopes

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,<br><br>　　　　Defendants. | CASE NO.  1:20-CV-01793-KJM-SKO<br><br>**COUNTY DEFENDANTS' LIST OF PRE-TRIAL MOTIONS IN LIMINE**<br><br>Date:　　　November 10, 2025<br>Time:　　　9:00 a.m.<br>Courtroom:  Three<br>The Honorable Kimberly J. Mueller |

　　　　Defendants County of Kings and Taylor Lopes ("County Defendants") respectfully identify the following pretrial motions in limine:

　　　　1.　　Motion in Limine to Exclude Any Testimony Regarding Subjects in which Witnesses Previously Invoked the Fifth Amendment;

　　　　2.　　Motion in Limine to Exclude Testimony of Plaintiff's Expert Rothschiller;

　　　　3.　　Motion in Limine to Exclude Defendant Taylor Lopes' Personnel File;

　　　　4.　　Motion in Limine to Exclude Evidence related to Taylor Lopes' Prior Officer Involved Shooting Incidents;

　　　　5.　　Motion in Limine Regarding Argument Invoking Reptile Theory/Golden Rule;

　　　　6.　　Motion in Limine to Exclude Evidence and Argument that a Lesser Amount of Force Would Have Controlled Plaintiff Quair;

/ / /

County Defs' List of Pre-Trial MIL

1

7. Motion in Limine to Exclude Evidence of Indemnification of Taylor Lopes/Vicarious Liability;

8. Motion in Limine to Exclude Evidence of Insurance;

9. Motion in Limine to Exclude Prior Settlements/Verdicts against County Defendants regarding Officer-Involved Shootings;

10. Motion in Limine to Exclude Pictures of Plaintiff Quair's Injuries; and

11. Motion in Limine to Exclude Evidence Not Produced in Discovery.

County Defendants reserve the right to include any additional Motions in Limine.

DATED: July 14, 2025

WEAKLEY & ARENDT
A Professional Corporation

By: /s/ *James J. Arendt*
James J. Arendt
Matthew P. Bunting
Attorneys for Defendants
County of Kings and Taylor Lopes