LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Freddie Quair,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>County of Kings, et al.<br><br>　　　　　　Defendants | CASE No.: 1:20−CV−01793−KJM−SKO<br><br>[Honorable Dist. Judge Kimberly J. Mueller]<br>[Honorable Mag. Judge Sheila K. Oberto]<br><br>**JOINT STATEMENT OF THE CASE**<br><br>**Trial Date: November 10**<br>**Time: 9:00 a.m.**<br><br>**Robert T. Matsui United States Courthouse**<br>**Courtroom 3, 15th floor** |

Plaintiff FREDDIE QUAIR ("Plaintiff") and Defendants COUNTY OF KINGS, TAYLOR LOPES, NEIL COMPSTON, JOHN SILVERIA, and EDWARD SINCLAIR ("Defendants") (collectively "the Parties"), by and through their counsel of record, hereby submit the following agreed upon Statement of the Case:

This case arises out of the officer-involved shooting of Freddie Quair that took place in Kings County on June 18, 2019.

The plaintiff, Freddie Quair, claims that Taylor Lopes of the Kings County Sheriff's Department, and Neil Compston, John Silveira, and Edward Sinclair of the California Department of Justice used excessive force against him when they shot him. Plaintiff seeks damages as permitted by law.

The defendants deny Plaintiff's claims and contend that the use of deadly force against Mr. Quair was reasonable under the totality of the circumstances.

Respectfully submitted,

DATED: July 14, 2025         LAW OFFICES OF DALE K. GALIPO
                             LAW OFFICES OF DARRELL J. YORK

                               /s/ Dale K. Galipo
                         By:_____
                             Dale K. Galipo, Esq.
                             Attorney for Plaintiff

DATED:  July 14, 2025        WEAKLEY & ARENDT


                              /s/ James Arendt
                             _____
                             James J. Arendt
                             *Attorney for Defendants Taylor Lopes and County of Kings*

JOINT STATEMENT OF THE CASE
- 2

DATED: July 14, 2025  ROB BONTA
ATTORNEY GENERAL OF CALIFORNIA

*/s/ Norman Morrison*

Norman Morrison
Deputy Attorney General
*Attorney for Defendants Neil Compston,
John Silveria, and Edward Sinclair*