LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Freddie Quair,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>County of Kings, et al.<br><br>　　　　　Defendants | CASE No.: 1:20−CV−01793−KJM−SKO<br><br>[Honorable Dist. Judge Kimberly J. Mueller]<br>[Honorable Mag. Judge Sheila K. Oberto]<br><br>**PLAINTIFF'S AMENDED EXHIBIT LIST**<br><br>**Trial Date: November 10, 2025**<br>**Time: 9:00 a.m.**<br><br>**Robert T. Matsui United States Courthouse**<br>**Courtroom 3, 15th floor** |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS, PLEASE TAKE NOTICE THAT** Plaintiff Freddie Quair submits the following amended exhibit list, amending the exhibit list provided in his

PLAINTIFF'S AMENDED EXHIBIT LIST
- 1

separate pre-trial statement on June 30, 2025 (ECF No. 69). Plaintiff reserves the right to amend this list.

## *PLAINTIFF*
(Designated Exhibits 1 through 200)

| Exh. No. | Description | Admissibility Stipulated/ Evidentiary Objections | Date Identi-Fied | Date Admit |
|---|---|---|---|---|
| 1. | Video of Shooting | | | |
| 2. | Video of Shooting: Magnified | | | |
| 3. | Video of Shooting: Magnified and Played in Slow Motion | | | |
| 4. | Stills from Video of Shooting | | | |
| 5. | Photos of Quair's Injuries | | | |
| 6. | Photos of Clothing | | | |
| 7. | Photos of Guns, Bullets, and Casings | | | |
| 8. | 3D FARO Scan of Scene | | | |
| 9. | Photos of Defendants | | | |
| 10. | Evidence Photos | | | |
| 11. | Scene Photos | | | |
| 12. | Photos of Nissan | | | |
| 13. | Medical Records: Community Regional Medical Center | | | |

| Exh. No. | Description | Admissibility Stipulated/ Evidentiary Objections | Date Identi-Fied | Date Admit |
|---|---|---|---|---|
| 14. | Medical Records: Wellpath Health Care at the Kings County Jail | | | |
| 15. | Medical Records: Kaweah Delta Medical Center | | | |
| 16. | Berbeira Complaint (1:16-cv-00363) | | | |
| 17. | Berbeira Notice of Settlement | | | |
| 18. | Kings County Board Action Summary | | | |
| 19. | Crawley Complaint, (1:13-cv-02042) | | | |
| 20-200 | | | | |

Dated: July 14, 2025

**LAW OFFICES OF DALE K. GALIPO**

By: */s/  Cooper Alison-Mayne*

Dale K. Galipo
Cooper Alison-Mayne
*Attorneys for Plaintiff Freddie Quair*