LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Freddie Quair, | ) CASE No.: 1−20−CV−01793−KJM−SKO |
| | ) |
| Plaintiff, | ) [Honorable Dist. Judge Kimberly J. Mueller] |
| | ) [Honorable Mag. Judge Sheila K. Oberto] |
| vs. | ) |
| | ) **PLAINTIFF'S AMENDED WITNESS LIST** |
| County of Kings, et al. | ) |
| | ) |
| Defendants | ) **Trial Date: November 10, 2025** |
| | ) **Time: 9:00 a.m.** |
| | ) |
| | ) **Robert T. Matsui United States Courthouse** |
| | ) **Courtroom 3, 15th floor** |
| | ) |
| | ) |
| | ) |
| | ) |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS, PLEASE TAKE NOTICE THAT** Plaintiff Freddie Quair submits the following amended witness list, amending the witness list provided in his separate pre-trial statement on June 30, 2025 (ECF No. 69). Plaintiff reserves the right to amend this list.

**(1)** Freddie Quair

**(2)** Jose Quintero

**(3)** Taylor Lopes

**(4)** Neil Compston

**(5)** John Silveria

**(6)** Edward Sinclair

**(7)** Chase Dobbins

**(8)** John Scomona

**(9)** Gabriel Andrade

**(10)** Dr. Lindita Coku

**(11)** Dr. Ammon Rasmussen

**(12)** Dr. Joseph Ford

**(13)** Dr. Matthew Campbell

**(14)** Dr. Nichole Atherton

**(15)** Dr. Naeem Siddiqi

**(16)** Robynn Weston

**(17)** Kevin G. Little

**(18)** Michelle L. Tostenrude

**(19)** Curt Rothschiller

Plaintiff reserves the right to call any of the witnesses on Defendants' witness lists.

Dated: July 14, 2025             **LAW OFFICES OF DALE K. GALIPO**

                          By:     */s/   Cooper Alison-Mayne*
                                  _____
                                  Dale K. Galipo
                                  Cooper Alison-Mayne
                                  *Attorneys for Plaintiff Freddie Quair*