ROB BONTA, State Bar No. 202668
Attorney General of California
Supervising Deputy Attorney General
NORMAN D. MORRISON, State Bar No. 212090
Supervising Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA 93721-2271
 Telephone: (559) 705-2304
 Fax: (559) 445-5106
 E-mail: Norman.Morrison@doj.ca.gov
*Attorneys for Defendants Neil Compston, John Silveira and Edward Sinclair*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **FREDDIE QUAIR,**<br><br>Plaintiff,<br><br>v.<br><br>**COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,**<br><br>Defendants. | 1:20-CV-01793-KJM-SKO<br><br>**DEFENDANT NEIL COMPSTON, JOHN SILVEIRA, AND EDWARD SINCLAR'S TRIAL EXHIBIT LIST PURSUANT TO ECF 72**<br><br>Trial Date:    November 10, 2025<br>Action Filed: December 21, 2020 |

Pursuant to the Court's July 7, 2025, Minute Order (ECF 72), Defendants Neil Compston, John Silveira, and Edward Sinclair submit the follow trial exhibit list:

| Exh. No. | Exh. Description | Admissibility Stipulation/ Evidentiary Objections | Date Identified for Trial | Date Admitted for Trial |
|---|---|---|---|---|
| 201. | Aerial Surveillance Video of the Incident taken by the California Highway Patrol (Aerial Surveillance Video). | | | |
| 202. | Enlarged portions and excerpts of the Aerial Surveillance Video. | | | |
| 203. | Still images (including enlarged still images) from the Aerial Surveillance Video. | | | |
| 204. | Map/Diagram of location of incident. | | | |

1

| # | | |  |  |  |
|---|---|---|---|---|---|
| 1 | 205. | Kings County Superior Court Records for case no. 19CV-2965A, *People of the State of California vs. Fredie Ralph Quair, Jr.* | | | |
| 2 | 206. | Corcoran Police Department Records for Case No. C1901057 | | | |
| 3 | 207. | Wiretap recordings created during Operation Red Reaper relating to Plaintiff Fredie Quair, Jr. | | | |
| 4 | 208. | Medical test records from Kaweah Delta Medical Center | | | |
| 5 | 209. | Arrest Warrant dated June 10, 2019, and supporting affidavit, for Plaintiff Fredie Quair, Jr. | | | |
| 6 | 210. | Arrest Warrant dated June 10, 2019, and supporting affidavit, for Jose Juan Quintero, Jr. | | | |
| 7 | 211. | Recording of interview of Jose Juan Quintero, Jr. following incident | | | |
| 8 | 212. | June 19, 2019, audio recording of interview with Gabriel Andrade. | | | |
| 9 | 213. | FARO Scan of scene of incident | | | |
| 10 | 214. | Photographs of the incident scene and evidence | | | |
| 11 | 215. | Surveillance records of Plaintiff obtained during Operation Red Reaper, including audio and video recordings taken during the Operation. | | | |
| 12 | 216. | Plaintiff's Responses to Discovery | | | |
| 13 | 217. | Transcribed interview of Gabriel Andrada taken in connection with Kings County Sheriff's Department Incident 19K019976. | | | |
| 14 | 218. | Hanford Police Department Report for Case No. H1903235 | | | |
| 15 | 219. | Kings County Sheriff's Office Report No. 19K019976, with attachments. | | | |
| 16 | 220. | Kings County District Attorney's Office Report regarding Officer Discharge of a Firearm, dated June 17, 2020. | | | |
| 17 | 221. | State of California, Department of Justice, Bureau of Investigations, Report No.120 for investigation BI-FR2018-00028. | | | |
| 18 | 222. | Dispatch audio recordings and call history relating to the underlying incident. | | | |
| 19 | 223. | Audio recording(s) of phone conversation(s) between Plaintiff and Jose Quintero prior to the subject incident. | | | |
| 20 | 224. | California Department of Justice Policies and Procedures | | | |
| 21 | 225. | Operation Red Reaper criminal discovery records including (but not limited to) reports prepared during the Operation, audio and video recordings, photos and screenshots, search warrants and supporting affidavits, and arrest warrants | | | |
| 22 | 226. | County of Los Angeles Department of Medical Examiner Coroner Gunshot Residue Test Results | | | |
| 23 | 227. | Kings County Superior Court records regarding | | | |

2

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   | criminal prosecution of Plaintiff, Jose Quintero, Jr., and/or David Hernandez to include arrest and search warrants, search warrant returns, pleadings, sentencing records and reports. |   |   |   |   |
| 228. | Search Warrants and Affidavits for 1155 Summer Field Court, Hanford, CA. and 214 South Street, Hanford, California |   |   |   |   |
| 229. | Kings County District Attorney's Office Report regarding investigation into subject incident. |   |   |   |   |
| 230. | Any and all exhibits identified by any other party to this action not otherwise identified herein. |   |   |   |   |

Defendants reserve the right to introduce additional exhibits not identified herein for purposes of impeachment.

Dated: July 14, 2025                                   Respectfully submitted,

                                                       ROB BONTA
                                                       Attorney General of California

                                                       /s/ Norman D. Morrison

                                                       NORMAN D. MORRISON
                                                       Supervising Deputy Attorney General
                                                       *Attorneys for Defendants Neil Compston,*
                                                       *John Silveira and Edward Sinclair*

FR2021301267 / 95641194

3

Defendants Compston, Silveira and Sinclair's Exhibit List   (1:20-CV-01793-KJM-SKO)

# CERTIFICATE OF SERVICE

Case Name:   **Quair v. County of Kings, et al.**     No.     **1:20-CV-01793-KJM-SKO**

I hereby certify that on <u>July 14, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT NEIL COMPSTON, JOHN SILVEIRA, AND EDWARD SINCLAR'S TRIAL EXHIBIT LIST PURSUANT TO ECF 72**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 14, 2025</u>, at San Francisco, California.

| G. Guardado | /s/ G. Guardado |
|---|---|
| Declarant | Signature |

FR2021301267
44700705.docx