ROB BONTA, State Bar No. 202668
Attorney General of California
Supervising Deputy Attorney General
NORMAN D. MORRISON, State Bar No. 212090
Supervising Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721-2271
 Telephone: (559) 705-2304
 Fax: (559) 445-5106
 E-mail: Norman.Morrison@doj.ca.gov
*Attorneys for Defendants Neil Compston, John Silveira and Edward Sinclair*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **FREDDIE QUAIR,**<br><br>                                      Plaintiff,<br><br>v.<br><br>**COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,**<br><br>                                      Defendants. | 1:20-CV-01793-KJM-SKO<br><br>**DEFENDANT NEIL COMPSTON, JOHN SILVEIRA, AND EDWARD SINCLAR'S WITNESS LIST PURSUANT TO ECF 72**<br><br>Trial Date:    November 10, 2025<br>Action Filed: December 21, 2020 |

Pursuant to the Court's July 7, 2025, Minute Order (ECF 72), Defendants Neil Compston, John Silveira, and Edward Sinclair submit their trial witness list.

    1.    Plaintiff, Freddie Quair

    2.    Jose Quintero;

    3.    Defendant, Taylor Lopes;

    4.    Defendant, Neil Compston;

    5.    Defendant, John Silveria;

    6.    Defendant, Edward Sinclair;

7. California Department of Justice Special Agent Chase Dobbins
8. California Department of Justice Special Agent Dean Johnston
9. California Department of Justice Special Agent Cisneros
10. California Department of Justice Special Agent Aguirre
11. California Department of Justice Special Agent Marcates
12. California Department of Justice Special Agent Rodriguez
13. California Department of Justice Special Agent Nathan Mancebo
14. California Highway Patrol Officer John Scomona;
15. California Highway Patrol Officer Michael Szatmari
16. California Highway Patrol Officer Nick Fishbough
17. California Highway Patrol Officer Dusty Manning
18. Curt Rothschiller (Plaintiff's Police Practices Expert)
19. Gabriel Andrada
20. Clarence Chapman (County of Kings' Police Practices Expert)
21. Robert Fonzi (State Defendants' Police Practices Expert)
22. Robert McGarlane (County of Kings' Forensic Video Expert)
23. Corcoran Police Department Assistant Chief Gary Kramer
24. Corcoran Police Department Sergeant Pedro Carrasco
25. Corcoran Police Department Officer Carlos Andrade
26. Corcoran Police Department Officer Steven Chee
27. Corcoran Police Department Officer Dieterle
28. Corcoran Police Department Officer John Harris
29. Corcoran Police Department Officer Max Rapozo
30. Corcoran Police Department Officer Jim Roark
31. Corcoran Police Department Officer Garrett Robertshaw
32. Hanford Police Department Officer Jared Cotta
33. Hanford Police Department Detective Raymond Dias
34. Gabriel Andrade
35. David Hernandez

36. Angel Gabriel Quintero
37. Surenia Barriga
38. Communications Dispatcher Supervisor Toni Barnes
39. Kings County Sheriff's Department (KCSO) Commander Loren Bettencourt
40. KCSO Commander Mark Bevens
41. KCSO Commander Armando Puga
42. KCSO Undersheriff Rick Bradford
43. KCSO Detective Jessica Machada
44. KCSO Detective Andrew Mazza
45. KCSO Undersheriff Robert Thayer
46. Kings County Fire Department (KCFD) Firefighter Bravo
47. KCFD Captain Gong
48. American Ambulance employee Scott David
49. American Ambulance employee Daniel Fulks
50. American Ambulance employee Laura Diaz
51. Kings County District Attorney's Office Deputy District Attorney Phil Esbenshade

Defendants reserve the right to call additional witnesses not identified herein for purposes of impeachment.

Dated: July 14, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California

NORMAN D. MORRISON
Supervising Deputy Attorney General
*Attorneys for Defendants Neil Compston, John Silveira and Edward Sinclair*

FR2021301267
95641185.docx

# CERTIFICATE OF SERVICE

Case Name:  **Quair v. County of Kings, et al.**     No.     **1:20-CV-01793-KJM-SKO**

I hereby certify that on <u>July 14, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT NEIL COMPSTON, JOHN SILVEIRA, AND EDWARD SINCLAR'S WITNESS LIST PURSUANT TO ECF 72**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 14, 2025</u>, at San Francisco, California.

|  |  |
|---|---|
| G. Guardado | /s/ G. Guardado |
| Declarant | Signature |

FR2021301267
44700705.docx