1  LAW OFFICES OF DALE K. GALIPO
2  Dale K. Galipo (SBN 144074)
   dalekgalipo@yahoo.com
3  Cooper Alison-Mayne (SBN 343169)
4  cmayne@galipolaw.com
   21800 Burbank Boulevard, Suite 310
5  Woodland Hills, CA 91367
6  Phone: (818) 347-3333

7  *Attorneys for Plaintiff*

8

9                **UNITED STATES DISTRICT COURT**

10              **EASTERN DISTRICT OF CALIFORNIA**

11

12
   Freddie Quair,                          ) CASE No.: 1:20−CV−01793−KJM−SKO
13                                          )
                              Plaintiff,    ) [Honorable Dist. Judge Kimberly J. Mueller]
14                                          ) [Honorable Mag. Judge Sheila K. Oberto]
15      vs.                                 )
                                            ) **NOTICE RE: REMOTE TESTIMONY**
16 County of Kings, et al.                  ) **MEET AND CONFER**
17                                          )
                              Defendants    ) **Trial: 11/10/2025**
18                                          )
19                                          )
                                            ) **Robert T. Matsui United States Courthouse**
20                                          ) **Courtroom 3, 15th floor**
21                                          )
                                            ) *Parties' Request to Appear Remotely Pending*
22                                          )
23                                          )
24                                          )

25

26

27

28

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Court's Order (ECF No. 83 at 5:22–24) directing the parties to meet and confer regarding the State Defendants' motion to allow witnesses to testify remotely and to advise the Court if they reach proposed stipulations, the parties hereby notify the Court as follows:

The parties met and conferred by telephone on August 14, 2025, and do not anticipate any dispute regarding remote testimony. The parties intend to submit a joint stipulation identifying witnesses who will testify remotely, based on certain witnesses residing out of state, and will file that stipulation with the Court once the language has been finalized.

Dated: August 14, 2025      **LAW OFFICES OF DALE K. GALIPO**

By:   /s/   *Cooper Alison-Mayne*

Dale K. Galipo
Cooper Alison-Mayne
*Attorneys for Plaintiff Freddie Quair*

DATED:  August 14, 2025      ROB BONTA
ATTORNEY GENERAL OF
CALIFORNIA

/s/ Norman Morrison

Norman Morrison
Deputy Attorney General
*Attorney for Defendants Neil Compston,*
*John Silveria, and Edward Sinclair*