LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Freddie Ralph Quair, Jr. ) | CASE No.: 1:20−CV−01793−KJM−SKO |
| ) | |
| Plaintiff, ) | [Honorable Dist. Judge Kimberly J. Mueller] |
| ) | [Honorable Mag. Judge Sheila K. Oberto] |
| vs. ) | |
| ) | **REQUEST FOR ORDER OF** |
| County of Kings, et al. ) | **TRANSPORTATION** |
| ) | |
| Defendants ) | **Trial Date: November 10** |
| ) | **Time: 9:00 a.m.** |
| ) | |
| ) | **Robert T. Matsui United States Courthouse** |
| ) | **Courtroom 3, 15th floor** |

I, Cooper Alison-Mayne, declare as follows:

I am the attorney representing Plaintiff, Freddie Ralph Quair, Jr., in the above-entitled case and he is currently scheduled for trial on November 10, 2025, at 9:00 a.m., in Courtroom 3 of the above-entitled Court.

Mr. Quair, inmate # BT1295, is currently incarcerated as an inmate at Kern Valley State Prison in Delano California, at 3000 West Cecil Avenue, Delano, CA 93216, and it is necessary that he be removed forthwith, so that he can have an opportunity to meet with counsel and attend his trial on November 10, 2025, in this matter. Thus, counsel requests on behalf of Mr. Quair that the court order he be transported and placed into the custody of the Sacramento County Sheriff's Department before November 10, 2025, so that he may appear at trial and if the correctional institutions have difficulty with complying, that they immediately contact the above-entitled Court to inform the Court of the difficulty and the delay.

I declare, under penalty of perjury, that the above is true and correct to the best of my knowledge. Executed on September 26, 2025, at Los Angeles, California.

Respectfully submitted,

DATED: September 26, 2025        LAW OFFICES OF DALE K. GALIPO

                                                                 */s/ Cooper Alison-Mayne*
By:_____
                                                        Dale K. Galipo
                                                        Cooper Alison-Mayne
                                                        Attorney for Plaintiff