LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Freddie Ralph Quair, Jr. | CASE No.: 1:20−CV−01793−KJM−SKO |
| Plaintiff, | [Honorable Dist. Judge Kimberly J. Mueller] |
| vs. | [Honorable Mag. Judge Sheila K. Oberto] |
| County of Kings, et al. | **ORDER GRANTING REQUEST FOR ORDER OF TRANSPORTATION** |
| Defendants | **Trial Date: November 10** <br> **Time: 9:00 a.m.** |
| | **Robert T. Matsui United States Courthouse** <br> **Courtroom 3, 15th floor** |

ORDER
- 1

## ORDER:

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, CALIFORNIA HEALTH CARE FACILITY, AND THE SACRAMENTO COUNTY SHERIFF**:

**PLEASE TAKE NOTICE** that on November 10, 2025 at 9:00 am in Courtroom 3; Inmate, FREDDIE RALPH QUAIR, JR., inmate # BT1295, who is currently incarcerated at Kern Valley State Prison in Delano California, at 3000 West Cecil Avenue, Delano, CA 93216, is ordered to appear in the United States District Court for the Eastern District of California, on Case Number 1:20−CV−01793−KJM−SKO on the matter regarding trial. Attention to the Superintendent or person in charge of the Kern Valley State Prison, you are ordered to provide Mr. Quair, inmate # BT1295, to the Sacramento County Sheriff's Department for Transportation to the United States District Court for the Eastern District of California, 501 I Street, Sacramento, CA 95814. A transportation order is required for the Sacramento County Sheriff's Department to transport Mr. Quair, inmate # BT1295, to the United States District Court for the Eastern District of California, 501 I Street, Sacramento, CA 95814 to appear on November 10, 2025, at 9:00am in Courtroom 3.

IT IS SO ORDERED that the Sacramento County Sheriff's Department produce Mr. Quair, inmate # BT1295, to the United States District Court for the Eastern District of California, prior to November 10, 2025. If the correctional facilities have difficulty producing Mr. Quair by that date, the correctional facilities are to contact this Court immediately to inform the Court of the difficulty and the delay. Further disposition and return of said prisoner pursuant to Court direction. Custody and control of said inmate is to continue by the Sacramento County Sheriff during the time necessary for appearance at any subsequent hearing, and upon completion of the proceedings, the prisoner is to be returned to the Department of Corrections. The expense of executing this order shall be a proper charge which shall be paid by the County in which the order shall be made.

DATED: October 6, 2025.

UNITED STATES DISTRICT JUDGE