1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| FREDDIE QUAIR,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case no. 1:20-CV-01793-KJM-SKO<br><br>**[PROPOSED] ORDER RE: DEFENDANTS' EX PARTE APPLICATION FOR CONTINUANCE OF TRIAL DUE TO PARTY AND WITNESS UNAVAILABILITY AND ISSUES RELATING TO THE SHUTDOWN OF THE FEDERAL GOVERNMENT**<br><br>Trial Date:    November 10, 2025<br>Action Filed:  December 21, 2020 |
|---|---|

The Court, having reviewed Defendants NEIL COMPSTON, JOHN SILVEIRA and EDWARD SINCLAIR's ex parte application for an order continuing the November 10, 2025, trial date in this case, and having considered the moving documents, any opposition, and the Declaration of Supervising Deputy Attorney General Norman D. Morrison IV, and good cause appearing hereby GRANTS Defendants' ex parte application as follows:

The trial date of November 10, 2025, is hereby vacated.

1

In light of the recent settlement demands made by Plaintiff to each of the Defendants, the Parties are instructed to meet and confer regarding the settlement demands and whether the Court should order the parties to participate in the alternative dispute resolution process as part of the settlement discussion process.

The Court acknowledges that defense counsel will need sufficient time to prepare their analysis of, and recommendations relating to, the settlement demands for their clients review and consideration. Accordingly, the Court orders a further trial status conference to be held on _____ at _____:_____ ___.m. in Courtroom _____ to discuss the status of any settlement discussions and whether the Court should issue an order for the parties to participate in a formal ADR process. The Parties will also be prepared to discuss potential new trial dates during this status conference.

The existing deadlines for filing pre-trial documents shall remain in effect.

IT IS SO ORDERED.


_____         _____
Date                                                 Judge, U.S. District Court, Eastern District of California

[Proposed] Order re Defendants' Ex Parte Application for Continuance of Trial Date Due to Unavailability of Party and Issues Relating to the Current Federal Government Shutdown (1:20-CV-01793-KJM-SKO)