# CERTIFICATE OF SERVICE

Case Name:   **Quair v. County of Kings, et al.**      No.   **1:20-CV-01793-KJM-SKO**

I hereby certify that on October 17, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

DEFENDANTS' EX PARTE APPLICATION FOR CONTINUANCE OF TRIAL DUE TO PARTY AND WITNESS UNAVAILABILITY AND ISSUES RELATING TO THE SHUTDOWN OF THE FEDERAL GOVERNMENT

DECLARATION OF SUPERVISING DEPUTY ATTORNEY GENERAL NORMAN D. MORRISON IV IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR CONTINUANCE OF TRIAL DUE TO PARTY AND WITNESS UNAVAILABILITY AND ISSUES RELATING TO THE SHUTDOWN OF THE FEDERAL GOVERNMENT

[PROPOSED] ORDER RE: DEFENDANTS' EX PARTE APPLICATION FOR CONTINUANCE OF TRIAL DUE TO PARTY AND WITNESS UNAVAILABILITY AND ISSUES RELATING TO THE SHUTDOWN OF THE FEDERAL GOVERNMENT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 17, 2025, at Los Angeles, California.

|  |  |
|---|---|
| Valerie Thompson | /s/ *Valerie Thompson* |
| Declarant | Signature |

FR2021301267