ROB BONTA, State Bar No. 202668
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
NORMAN D. MORRISON, State Bar No. 212090
Supervising Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721-2271
 Telephone:  (559) 705-2304
 Fax:  (559) 445-5106
 E-mail:  Norman.Morrison@doj.ca.gov
*Attorneys for Defendants Neil Compston,*
*John Silveira and Edward Sinclair*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **FREDDIE QUAIR,**<br><br>             Plaintiff,<br><br>   v.<br><br>**COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,**<br><br>             Defendants. | 1:20-CV-01793-KJM-SKO<br><br>**DECLARATION OF SUPERVISING DEPUTY ATTORNEY GENERAL NORMAN D. MORRISON IV IN SUPPORT OF APPLICATION OF WRIT OF HABEAS CORPUS WRIT AD TESTIFICANDUM**<br><br>Trial Date:     November 10, 2025<br>Action Filed:  December 21, 2020 |

I, Norman D. Morrison IV, do hereby declare as follows:

1. I am a Supervising Deputy Attorney General with the California Department of Justice, Office of the Attorney General, and am the counsel of record for Defendants Neil Compston, John Silveira, and Edward Sinclair. This declaration is made in support of Defendants' Application for Writ of Habeas Corpus Ad Testificandum to compel the appearance of inmate Jose Juan Quintero, Jr., California Department of Corrections and Rehabilitation prisoner identification number BU2314, at trial in this case.

2. I am aware that inmate Quintero is currently incarcerated at the California Department of Corrections and Rehabilitation's Wasco State Prison, located at 701 Scofield

1

1  Avenue, Wasco, California.

2      3.    Inmate Quintero is a percipient witness who Defendants presently intend to call to testify at trial in this case. Inmate Quintero was an accomplice of Plaintiff Fredie Quair, Jr. in an armed home invasion robbery immediately preceding the events at issue in this litigation, on the morning of June 18, 2019, where shots were fired and another accomplice was struck by gunfire and required emergency medical treatment and hospitalization.

    4.    Inmate Quintero was also the individual who was driving the car that picked Plaintiff up on the side of State Route 43 after Plaintiff had fled the scene of the armed home invasion robbery and shooting, and then transported Plaintiff to where the incident at issue in this litigation occurred. Inmate Quintero was also a witness in the underlying use of force incident forming the basis of Plaintiff's claims against Defendants.

    5.    Defendants intend to elicit testimony at trial from inmate Quintero regarding the incident and events leading up to it.

    6.    I have been advised by the California Department of Corrections and Rehabilitation that an order from this Court for the appearance of inmate Quintero is required for them to transport and produce him at trial in this matter.

    7.    I am additionally requesting that the Court's order on this application for writ of habeas corpus ad testificandum instruct the California Department of Corrections and/or any other law enforcement agency that may take responsibility for the custody and transportation of inmate Quintero to ensure that inmate Quintero is kept separated from Plaintiff until such time as his testimony has been completed in this case. This includes for any overnight housing, transportation, or custody arrangements during the day to day proceedings of this case, and also extends to preventing any communications between Plaintiff Quair and inmate Quintero.

    8.    Defendants request that inmate Quintero be transferred and/or transported in sufficient time to allow his presentation to this Court on Wednesday, November 12, 2025, at 9:00 a.m., and that he is then transported to this Court from day-to-day thereafter until his testimony has been completed and he has been released from further testimony. At that point in time inmate Quintero will be returned to the custody of the California Department of Corrections and

2

Declaration of Supervising Deputy Attorney General Norman D. Morrison IV In Support of Application of Writ Of Habeas Corpus Writ Ad Testificandum (1:20-CV-01793-KJM-SKO)

1 | Rehabilitation and transported back to the corrections facility he is incarcerated in.

2 |     I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of October 2025 in Fresno, California.

                                                Norman D. Morrison IV

FR2021301267 / 95664222.docx

# CERTIFICATE OF SERVICE

Case Name:   **Quair v. County of Kings, et al.**   No.   1:20-CV-01793-KJM-SKO

I hereby certify that on October 24, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS' APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

- **DECLARATION OF SUPERVISING DEPUTY ATTORNEY GENERAL NORMAN D. MORRISON IV IN SUPPORT OF APPLICATION OF WRIT OF HABEAS CORPUS WRIT AD TESTIFICANDUM**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 24, 2025, at Fresno, California.

| J. Vinton | */s/ J. Vinton* |
|---|---|
| Declarant | Signature |

FR2021301267
95664225.docx