ROB BONTA, State Bar No. 202668
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
NORMAN D. MORRISON, State Bar No. 212090
Supervising Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721-2271
 Telephone:  (559) 705-2304
 Fax:  (559) 445-5106
 E-mail:  Norman.Morrison@doj.ca.gov
*Attorneys for Defendants Neil Compston,
John Silveira and Edward Sinclair*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **FREDDIE QUAIR,**<br><br>                                      Plaintiff,<br><br>v.<br><br>**COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,**<br><br>                                      Defendants. | 1:20-CV-01793-KJM-SKO<br><br>**DEFENDANTS' APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM; DECLARATION OF SUPERVISING DEPUTY ATTORNEY GENERAL NORMAN D. MORRISON IV IN SUPPORT**<br><br>Trial Date:      November 10, 2025<br>Action Filed:  December 21, 2020 |

Defendants NEIL COMPSTON, JOHN SILVEIRA and EDWARD SINCLAIR respectfully apply to this Court for the issuance of a writ of habeas corpus ad testificandum to compel the appearance of inmate JOSE JUAN QUINTERO, JR., California Department of Corrections and Rehabilitation Inmate Number BU2314, currently detained at the WASCO STATE PRISON and who is a witness not otherwise available by ordinary process of the Court to be transported and produced in Court in connection with the trial of this matter scheduled to commence on November 10, 2025.

Inmate Quintero is a percipient eyewitness and fact witness to the events at issue in this case and will be called by the Defendants to testify regarding the underlying facts and events. As

1

1  Quintero is currently incarcerated and confined at the Wasco State Prison, in order to secure this
2  inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue,
3  commanding the custodian to produce the inmate in Court before the Honorable Kimberly J.
4  Mueller, 15th Floor, Courtroom 3, United States District Courthouse, 501 I Street, Sacramento,
5  California on November 12, 2025, commencing at 9:00 a.m. and continuing day to day thereafter
6  until his testimony has been completed and he has been released from further testimony.

7  Accordingly, Defendants request that this Court issue an order commanding the Warden
8  of Wasco State Prison to produce inmate Quintero at the date, time and location identified above,
9  and from day to day thereafter until the completion of his testimony, and thereafter to return
10 inmate Quintero to his assigned penal institution.

11  Defendants additionally request that as part of this Court's order that it direct the
12 California Department of Corrections and Rehabilitation, and any other law enforcement or
13 custodial agency which subsequently takes custody of inmate Quintero in connection with this
14 motion, that all available steps and procedures be taken to ensure that inmate Quintero is kept
15 separated from Plaintiff until such time as his testimony has been completed in this case. This
16 includes for any overnight housing, transportation, or custody arrangements during the day to day
17 proceedings of this case, and also extends to preventing any communications between Plaintiff
18 Quair and inmate Quintero.

19 Dated: October 24, 2025                Respectfully submitted,

20                                        ROB BONTA
                                          Attorney General of California
21

22                                        [signature]

23

24                                        NORMAN D. MORRISON
                                          Supervising Deputy Attorney General
25                                        *Attorneys for Defendants Neil Compston,*
                                          *John Silveira and Edward Sinclair*

26 FR2021301267
   95664216.docx
27

28

2

# CERTIFICATE OF SERVICE

Case Name:  **Quair v. County of Kings, et al.**     No.    **1:20-CV-01793-KJM-SKO**

I hereby certify that on October 24, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS' APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

- **DECLARATION OF SUPERVISING DEPUTY ATTORNEY GENERAL NORMAN D. MORRISON IV IN SUPPORT OF APPLICATION OF WRIT OF HABEAS CORPUS WRIT AD TESTIFICANDUM**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 24, 2025, at Fresno, California.

|  |  |
|---|---|
| J. Vinton | /s/ J. Vinton |
| Declarant | Signature |

FR2021301267
95664225.docx