1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  CATHERINE WOODBRIDGE, State Bar No. 186186
   Supervising Deputy Attorney General
3  NORMAN D. MORRISON, State Bar No. 212090
   Supervising Deputy Attorney General
4   2550 Mariposa Mall, Room 5090
    Fresno, CA  93721-2271
5   Telephone: (559) 705-2304
    Fax: (559) 445-5106
6   E-mail:  Norman.Morrison@doj.ca.gov
   *Attorneys for Defendants Neil Compston,*
7  *John Silveira and Edward Sinclair*

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                        CIVIL DIVISION

11

12

13  **FREDDIE QUAIR,**                      1:20-CV-01793-KJM-SKO

14                            Plaintiff,    **DECLARATION OF SUPERVISING
                                            DEPUTY ATTORNEY GENERAL
15       v.                                 NORMAN D. MORRISON IV IN
                                            SUPPORT OF APPLICATION OF WRIT
                                            OF HABEAS CORPUS WRIT AD
16  **COUNTY OF KINGS; TAYLOR LOPES;**      TESTIFICANDUM**
    **NEIL COMPSTON; JOHN SILVERIA;**
17  **EDWARD SINCLAIR; and DOES 1**         Trial Date:    November 10, 2025
    **THROUGH 10, inclusive,**              Action Filed:  December 21, 2020
18
                            Defendants.
19

20       I, Norman D. Morrison IV, do hereby declare as follows:

21       1.      I am a Supervising Deputy Attorney General with the California Department of

22  Justice, Office of the Attorney General, and am the counsel of record for Defendants Neil

23  Compston, John Silveira, and Edward Sinclair. This declaration is made in support of

24  Defendants' Application for Writ of Habeas Corpus Ad Testificandum to compel the appearance

25  of inmate Jose Juan Quintero, Jr., California Department of Corrections and Rehabilitation

26  prisoner identification number BU2314, at trial in this case.

27       2.      I am aware that inmate Quintero is currently incarcerated at the California

28  Department of Corrections and Rehabilitation's Wasco State Prison, located at 701 Scofield
                                          1

1  Avenue, Wasco, California.

2     3.     Inmate Quintero is a percipient witness who Defendants presently intend to call to

3  testify at trial in this case. Inmate Quintero was an accomplice of Plaintiff Fredie Quair, Jr. in  an

4  armed home invasion robbery immediately preceding the events at issue in this litigation, on the

5  morning of June 18, 2019, where shots were fired and another accomplice was struck by gunfire

6  and required emergency medical treatment and hospitalization.

7     4.     Inmate Quintero was also the individual who was driving the car that picked

8  Plaintiff up on the side of State Route 43 after Plaintiff had fled the scene of the armed home

9  invasion robbery and shooting, and then transported Plaintiff to where the incident at issue in this

10  litigation occurred. Inmate Quintero was also a witness in the underlying use of force incident

11  forming the basis of Plaintiff's claims against Defendants.

12     5.     Defendants intend to elicit testimony at trial from inmate Quintero regarding the

13  incident and events leading up to it.

14     6.     I have been advised by the California Department of Corrections and

15  Rehabilitation that an order from this Court for the appearance of inmate Quintero is required for

16  them to transport and produce him at trial in this matter.

17     7.     I am additionally requesting that the Court's order on this application for writ of

18  habeas corpus ad testificandum instruct the California Department of Corrections and/or any

19  other law enforcement agency that may take responsibility for the custody and transportation of

20  inmate Quintero to ensure that inmate Quintero is kept separated from Plaintiff until such time as

21  his testimony has been completed in this case. This includes for any overnight housing,

22  transportation, or custody arrangements during the day to day proceedings of this case, and also

23  extends to preventing any communications between Plaintiff Quair and inmate Quintero.

24     8.     Defendants request that inmate Quintero be transferred and/or transported in

25  sufficient time to allow his presentation to this Court on Wednesday, November 12, 2025, at 9:00

26  a.m., and that he is then transported to this Court from day-to-day thereafter until his testimony

27  has been completed and he has been released from further testimony. At that point in time inmate

28  Quintero will be returned to the custody of the California Department of Corrections and

2

1 | Rehabilitation and transported back to the corrections facility he is incarcerated in.

2 |     I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th

3 | day of October 2025 in Fresno, California.

4 | _____

5 | Norman D. Morrison IV

6 | FR2021301267 / 95664222.docx

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Supervising Deputy Attorney General Norman D. Morrison IV In Support of
Application of Writ Of Habeas Corpus Writ Ad Testificandum  (1:20-CV-01793-KJM-SKO)

# CERTIFICATE OF SERVICE

Case Name:    **Quair v. County of Kings, et al.**        No.    **1:20-CV-01793-KJM-SKO**

I hereby certify that on <u>October 24, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS' APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

- **DECLARATION OF SUPERVISING DEPUTY ATTORNEY GENERAL NORMAN D. MORRISON IV IN SUPPORT OF APPLICATION OF WRIT OF HABEAS CORPUS WRIT AD TESTIFICANDUM**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 24, 2025</u>, at Fresno, California.

<table>
<tr><td>J. Vinton</td><td>*/s/ J. Vinton*</td></tr>
<tr><td>Declarant</td><td>Signature</td></tr>
</table>

FR2021301267
95664225.docx