LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Freddie Quair,<br><br>            Plaintiff,<br><br>     vs.<br><br>County of Kings, et al.<br><br>            Defendants | CASE No.: 1:20−CV−01793−KJM−SKO<br><br>[Honorable Dist. Judge Kimberly J. Mueller]<br>[Honorable Mag. Judge Sheila K. Oberto]<br><br>**PLAINTIFF'S SECOND AMENDED EXHIBIT LIST**<br><br>**Trial Date: November 10, 2025**<br>**Time: 9:00 a.m.**<br><br>**Robert T. Matsui United States Courthouse**<br>**Courtroom 3, 15th floor** |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS, PLEASE TAKE NOTICE THAT** Plaintiff Freddie Quair submits the following amended exhibit list. Plaintiff served this list on Defendants on October 13, 2025, which was 28 days before trial. Plaintiff will file a final amended exhibit

list before trial after further meet and confer sessions with Defendants to reduce duplicative exhibits between the parties' lists.

## *PLAINTIFF*
*(Designated Exhibits 1 through 200)*

| Exh. No. | Description | Admissibility Stipulated/ Evidentiary Objections | Date Identi-Fied | Date Admit |
|---|---|---|---|---|
| 1. | Video of Shooting | | | |
| 2. | Video of Shooting: Magnified | | | |
| 3. | Video of Shooting: Magnified and Played in Slow Motion | | | |
| 4. | Stills from Video of Shooting | | | |
| 5. | Photos of Quair's Injuries | | | |
| 6. | Photos of Clothing | | | |
| 7. | Photos of Guns and Bullets: Sergeant Taylor Lopes | | | |
| 8. | Photos Guns and Bullets of Special Agent Edward Sinclair | | | |
| 9. | Photos Guns and Bullets: Special Agent John Silveira | | | |
| 10. | Photos Guns and Bullets: Special Agent Neil Compston | | | |
| 11. | Photos of Casings | | | |
| 12. | 3D FARO Scan of Scene | | | |
| 13. | Photos of Sergeant Taylor Lopes | | | |
| 14. | Photos of Special Agent Edward Sinclair | | | |

| Exh. No. | Description | Admissibility Stipulated/ Evidentiary Objections | Date Identi-Fied | Date Admit |
|---|---|---|---|---|
| 15. | Photos of Special Agent John Silveira | | | |
| 16. | Photos of Special Agent Neil Compston | | | |
| 17. | Evidence Photos | | | |
| 18. | Scene Photos | | | |
| 19. | Photos of Nissan | | | |
| 20. | Medical Records: Community Regional Medical Center | | | |
| 21. | Medical Records: Wellpath Health Care at the Kings County Jail | | | |
| 22. | Medical Records: Kaweah Delta Medical Center | | | |
| 23. | Medical Records: Kaweah Delta Medical Center: Bills | | | |
| 24. | Berbeira Complaint (1:16-cv-00363) | | | |
| 25. | Berbeira Notice of Settlement | | | |
| 26. | Kings County Board Action Summary | | | |

| Exh. No. | Description | Admissibility Stipulated/ Evidentiary Objections | Date Identi-Fied | Date Admit |
|---|---|---|---|---|
| 27. | Crawley Complaint, (1:13-cv-02042) | | | |
| 28. | Fit for Duty Podcast | | | |
| 29. | Jose Quintero - Audio and Transcript | | | |
| 30. | Lopes Interview - Audio and Transcript | | | |
| 31. | Manning Interview - Audio and Transcript | | | |
| 32. | Scomona Interview - Audio and Transcript | | | |
| 33. | Silveira Interview - Audio and Transcript | | | |
| 34. | Sinclair Interview - Audio and Transcript | | | |
| 35. | Andrade Interview - Audio and Transcript | | | |
| 36. | Compston Interview - Audio and Transcript | | | |
| 37. | Dobbins Interview - Audio and Transcript | | | |
| 38. | Fishbough Interview - Audio and Transcript | | | |
| 39. | Kings County Use of Force Policy | | | |
| 20-200 | | | | |

Dated: October 27, 2025  **LAW OFFICES OF DALE K. GALIPO**

By: /s/ *Cooper Alison-Mayne*

Dale K. Galipo
Cooper Alison-Mayne
*Attorneys for Plaintiff Freddie Quair*