**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

LAW OFFICE OF DARRELL J. YORK
Darrell J. York (SBN 145601)
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Telephone: (661) 362-0828
Fax:      (877) 221-3306
Email:  djylaw@gmail.com

*Attorneys for Plaintiff, Freddie Quair*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR,<br><br>              Plaintiff,<br><br>    vs.<br><br>COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,<br><br>              Defendants | CASE No.: **1:20−CV−01793−KJM−SKO**<br><br>[*Honorable Kimberly J. Mueller.*]<br><br>**PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS**<br><br>Jury Trial: 11/10/25<br>Time: 9:00am<br>Courtroom: Three |

1     **PLEASE TAKE NOTICE** that the Plaintiff hereby submits his proposed
2 voir dire questions for the Court's consideration

4 Dated: 10/27/25

    By: /s/ *Cooper Alison-Mayne*
    Dale K. Galipo
    Cooper Alison-Mayne
    Attorneys for Plaintiff

# PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS

**Questions Regarding Gang Affiliation:**

1. Do any of you have strong feelings, either positive or negative, about individuals who have been associated with gangs?
2. Would any of you have difficulty being fair and impartial to someone who has been alleged to be affiliated with a gang?
3. Do you understand that even if someone has been associated with a gang, they still have the same constitutional rights as everyone else, including the right to be free from excessive force by law enforcement?
4. Would evidence that someone was alleged to be in a gang affect your ability to fairly evaluate whether law enforcement officers used excessive force against that person?

**Questions Regarding Drug Trafficking:**

6. Would any of you have difficulty being fair and impartial to someone who has been alleged to have trafficked drugs or worked with a drug cartel?
7. Do you understand that even if someone has been involved in drug trafficking, they still have constitutional rights, including the right to be free from excessive force by law enforcement?
8. Would evidence that someone was alleged to be involved in drug trafficking affect your ability to fairly evaluate whether the amount of force used by law enforcement was reasonable under the circumstances?

**Questions Regarding Alleged Armed Burglary:**

11. Would any of you have difficulty being fair and impartial to someone who has been alleged to have participated in an armed burglary?
12. Do you understand that even if someone has been accused of committing a serious crime, they still have the right to be free from excessive force by law enforcement?

13. Would evidence that someone was suspected of participating in an armed burglary affect your ability to fairly evaluate whether the force used against that person was objectively reasonable based on what the officers knew at the time?

**General Questions Regarding Impartiality:**

16. Do any of you believe that police officers are always justified in using any amount of force necessary to apprehend someone suspected of a serious crime?

17. Do you understand that this case is not about whether Mr. Quair committed any crimes, but rather whether the officers used excessive force against him in violation of his constitutional rights?

18. Can you evaluate the reasonableness of the officers' actions based only on what they knew at the time they used force, without being influenced by information they learned after the fact?

19. Do you understand that someone's past conduct or alleged criminal activity does not give law enforcement officers the right to use excessive force against them?