**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

LAW OFFICE OF DARRELL J. YORK
Darrell J. York (SBN 145601)
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Telephone: (661) 362-0828
Fax:    (877) 221-3306
Email: djylaw@gmail.com

*Attorneys for Plaintiff, Freddie Quair*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,<br><br>　　　　　Defendants | CASE No.: **1:20−CV−01793−KJM−SKO**<br><br>[*Honorable Kimberly J. Mueller.*]<br><br>**PLAINTIFF'S PROPOSED VERDICT FORM**<br><br>Jury Trial: 11/10/25<br>Time: 9:00am<br>Courtroom: Three |

1  **PLEASE TAKE NOTICE** that Plaintiff FREDDIE QUAIR respectfully
2  submits his proposed verdict form for the trial of this matter.
3
4  Dated: 10/27/25
5                                              By: /s/ *Cooper Alison-Mayne*
                                                Dale K. Galipo
6                                               Cooper Alison-Mayne
7                                               Attorneys for Plaintiff

We, the jury in the above-entitled action, find the following:

### **FOURTH AMENDMENT EXCESSIVE FORCE CLAIM**

**QUESTION 1:** Did the defendants use excessive force against Freddie Quair or integrally participate in its use?

| | | |
|---|---|---|
| Taylor Lopes | _____YES | _____NO |
| Neil Compston | _____YES | _____NO |
| John Silveria | _____YES | _____NO |
| Edward Sinclair | _____YES | _____NO |

*If you answered "Yes" to any defendant in Question 1, please proceed to answer Question 2 for that defendant.*

*If you answered "No" to all defendant in Question 1, please sign and date the verdict form and return it to the Court.*

**QUESTION 2:** Was the defendant's use of excessive force a cause of Freddie Quair's harm?

| | | |
|---|---|---|
| Taylor Lopes | _____YES | _____NO |
| Neil Compston | _____YES | _____NO |
| John Silveria | _____YES | _____NO |
| Edward Sinclair | _____YES | _____NO |

*If you answered "Yes" to Taylor Lopes in Question 2, please proceed to Question 3.*
*If you answered "No" to Taylor Lopes in Question 2, please skip to Question 7.*

## MUNICIPAL LIABILITY

**QUESTION 3:** Did the County of Kings fail to properly train Taylor Lopes with respect to the use of deadly force?

_____ YES          _____ NO

*If you answered "Yes" to Question 3, please proceed to Question 4.*
*If you answered "No" to Question 3, please proceed to Question 5.*

**QUESTION 4:** Was the County of Kings' failure to train Freddie Quair with respect to the use of deadly force a moving force behind the harm to Freddie Quair?

_____ YES          _____ NO

*Please proceed to Question 5.*

**QUESTION 5:** Did Taylor Lopes act pursuant to a widespread longstanding practice or custom of the County of Kings?

_____ YES          _____ NO

*If you answered "Yes" to Question 5, please proceed to Question 6.*
*If you answered "No" to Question 5, please proceed to Question 7.*

**QUESTION 6:** Was the County of Kings' longstanding practice or custom a moving force behind the harm to Freddie Quair?

_____ YES          _____ NO

*Please proceed to Question 7.*

## DAMAGES

**QUESTION 7**: What are Freddie Quair's damages for the following:

| | |
|---|---|
| Past physical pain and suffering: | $_____ |
| Future physical pain and suffering: | $_____ |
| Past mental pain and suffering: | $_____ |
| Future mental pain and suffering: | $_____ |

*Please proceed to Question 8*

## PUNITIVE DAMAGES

*Answer Question 8 only for defendants for whom you answered "Yes" in both Question 1 and Question 2.*

**QUESTION 8**: Did defendants act with malice, oppression or in reckless disregard for Freddie Quair's rights?

| | | |
|---|---|---|
| Taylor Lopes | _____YES | _____NO |
| Neil Compston | _____YES | _____NO |
| John Silveria | _____YES | _____NO |
| Edward Sinclair | _____YES | _____NO |

*Please sign and date the verdict form and return it to the Court.*

Date: _____            _____
                                        Jury Foreperson