**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

LAW OFFICE OF DARRELL J. YORK
Darrell J. York (SBN 145601)
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Telephone: (661) 362-0828
Fax:     (877) 221-3306
Email:  djylaw@gmail.com

*Attorneys for Plaintiff, Freddie Quair*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREDDIE QUAIR,<br><br>             Plaintiff,<br><br>vs.<br><br>COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,<br><br>             Defendants | CASE No.: **1:20−CV−01793−KJM−SKO**<br><br>[*Honorable Kimberly J. Mueller.*]<br><br>**PLAINTIFFS' NOTICE OF DISPUTED EXHIBITS**<br><br>Jury Trial: 11/10/25<br>Time: 9:00am<br>Courtroom: Three |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THIS HONORABLE COURT,** pursuant to this Court's Final Pretrial Order, Plaintiff hereby submits his Notice of Disputed Exhibits including his objections to the Defendants' exhibits.

-1-   Case No. 1:20−CV−01793−KJM−SKO
**PLAINTIFF'S NOTICE OF DISPUTED EXHIBITS**

# PLAINTIFF'S OBJECTIONS TO EXHIBITS IDENTIFIED BY NEIL COMPSTON, JOHN SILVERIA, AND EDWARD SINCLAIR

| Exh. Number | Description | Pl's. Objection |
|---|---|---|
| 201 | Aerial Surveillance Video of the Incident. | No objection |
| 202 | Enlarged Aerial Surveillance Video. | No objection |
| 203 | Still images from the Aerial Surveillance Video. | Foundation required. Relevance. |
| 204 | Maps, Diagrams of location of incident. | No objection |
| 205 | Kings County Superior Court Records for case no. 19CV-2965A, People of the State of California vs. Fredie Ralph Quair, Jr. | This exhibit is approximately 56 pages long, containing charging documents (complaint and amended complaint), arrest warrant and booking records, bail review reports, court minute orders, a plea form, firearm relinquishment form, and abstract of judgment from a Kings Superior Court criminal proceeding spanning 2019-2023.<br><br>**Objections:** *See* Plaintiff's Motion in Limine 1. Objection under FRE 401, 402, 403, 404, and 802. This exhibit contains information unknown to Defendants at the time of the incident and is therefore irrelevant to the reasonableness analysis under *Graham v. Connor*, 490 U.S. 386, 396 (1989), and *Tabares v. City of Huntington Beach*, 988 F.3d 1119, 1123 n.4 (9th Cir. 2021). The exhibit's minimal or non-existent probative value is |

| | | substantially outweighed by the danger of unfair prejudice under FRE 403, as it is likely to inflame the jury, confuse the issues, lead to improper character inferences in violation of FRE 404(a)(1), and waste substantial trial time on collateral matters. Additionally, the exhibit constitutes inadmissible hearsay under FRE 802 without any applicable exception. |
|---|---|---|
| 206 | Corcoran Police Department Records for Case No. C1901057 | This exhibit is approximately 30 pages long, containing reports of investigation related to the June 18, 2019 shooting in Corcoran, CA, including witness statements, investigatory summaries, and evidence lists.<br><br>**Objections:** See objections to Exhibit 205 |
| 207 | Wiretap recordings created during Operation Red Reaper relating to Plaintiff Fredie Quair | This exhibit is several minutes long, containing recorded phone calls dated June 14, 2019 and June 18, 2019 related to alleged criminal actions of Mr. Quair prior to the incident.<br><br>**Objections:** Foundation.. Also, see objections to Exhibit 205 |
| 208 | Crossed off list | |
| 209 | Arrest Warrant dated June 10, 2019, and supporting affidavit, for Plaintiff Fredie Quair | **Objections:** See objections to Exhibit 206. To the extent that officers were acting based on this warrant, it may be relevant, but the documents still contain hearsay and unfairly prejudicial information about Mr. Quair unrelated to this incident. |

| | | | |
|---|---|---|---|
| 1 2 3 | 210 | Arrest Warrant dated June 10, 2019, and supporting affidavit, for Jose Juan Quintero, Jr. | **Objections:** See objections to Exhibit 205. |
| 4 5 | 211 | Recording of interview of Jose Juan Quintero, Jr., following incident | **Objections:** Hearsay. |
| 6 7 8 | 212 | June 19, 2019, audio recording of interview with Gabriel Andrade. | **Objections:** Hearsay. |
| 9 | 213 | FARO Scan of scene of incident | Foundation required. |
| 10 11 12 13 14 15 | 214 | Photographs of the incident scene and evidence | **Objections:** Potentially cumulative. Plaintiffs intend to meet and confer with Defendants to limit the scene photos to a reasonable number and do not anticipate a serious dispute over this exhibit. |
| 16 17 18 19 20 21 22 23 24 | 215 | Surveillance records of Plaintiff obtained during Operation Red Reaper, including audio and video recordings taken during the operation. | **Objections:** Defendants have failed to specifically identify these documents or produce them to Plaintiff as of today (14 days before trial), in violation of the requirement to disclose exhibit materials at least 28 days before trial. Plaintiff reserves his right to object to this exhibit at a later date, once it has been produced or identified. Also, see objections to Exhibit 205. |
| 25 26 27 28 | 216 | Plaintiff's Responses to Discovery | **Objections:** See objections to Exhibit 205. Many of these discovery responses relate to *Mr. Quair's understanding* of the underlying alleged home |

-4-   Case No. 1:20−CV−01793−KJM−SKO
**PLAINTIFF'S NOTICE OF DISPUTED EXHIBITS**

| | | |
|---|---|---|
| | | invasion incident. Introducing Mr. Quair's subjective understanding risks confusing the issues because the jury should be evaluating the reasonableness of the force based solely on what the officers knew at the time. Mr. Quair's understanding is largely irrelevant. |
| 217 | Crossed off list | |
| 218 | Hanford Police Department Report for Case No. H1903235 | **Objections:** Hearsay. |
| 219 | Kings County Sheriff's Office Report No. 19K019976, with attachments. | This exhibit is 257 pages long, containing reports related to the shooting including witness statements and summaries of evidence.<br><br>**Objections:** Hearsay; also, see objections to Exhibit 205. |
| 220 | Kings County District Attorney's Office Report. | **Objections:** *See* Plaintiffs Motion in Limine 3. The District Attorney's decision not to prosecute the defendant officers is irrelevant and unfairly prejudicial, confusing to the jury, a waste of time, and constitute improper hearsay. |
| 221 | State of California, Department of Justice, Bureau of Investigations, Report No.120 for investigation BI-FR2018-00028 | Summary of interview with witness.<br><br>**Objections:** Hearsay within hearsay. |
| 222 | Dispatch audio recordings, call history and CADD log relating to the | **Objections:** Hearsay. Irrelevant unless foundation is laid. |

| | | | |
|---|---|---|---|
| | | underlying incident. | |
| | 223 | Audio recording(s) of phone conversation(s) between Plaintiff and Jose Quintero prior to the subject incident. | This is the same exhibit was produced as part of Exhibit 207. **Objections:** Foundation. Also, see objections to Exhibit 205 |
| | 224 | Relevant Portions of the California Department of Justice's 2018 Policies and Procedures | **Objections:** Hearsay; Foundation. |
| | 225 | Operation Red Reaper records | **Objections:** Foundation. Also, see objections to Exhibit 205. |
| | 226 | County of Los Angeles Department of Medical Examiner Coroner Gunshot Residue Test Results | Inconclusive findings on a gunshot residue test of Quair and Quintero's belongings. **Objections:** Foundation. Also, see objections to Exhibit 205. |
| | 227 | Kings County Superior Court records regarding criminal prosecution of Plaintiff and Jose Quintero, Jr., | **Objections:** Foundation. Also, see objections to Exhibit 205. |
| | 228 | Search Warrants and Affidavits for 1155 Summer Field Court, Hanford, CA. and 214 South Street, Hanford, California | **Objections:** Foundation. Also, see objections to Exhibit 205. |
| | 229 | Kings County District Attorney's Office Report regarding investigation into subject incident. | **Objections:** See objections to Exhibit 220 |
| | 230 | POST Learning Domains | **Objections:** Hearsay, 402, 403. |
| | 231 | Recordings interviews of Officers involved in | **Objections:** Hearsay. |

incident.

## PLAINTIFF'S OBJECTIONS TO EXHIBITS IDENTIFIED BY DEFENDANTS COUNTY AND TAYLOR LOPES

| Exh. Number | Description | Pl's. Objection |
|---|---|---|
| 1 | Hanford Police Department Report No. H1903235 | Same exhibit as 218. See objections above. |
| 2 | Kings County Sheriff's Office ("KCSO") Report No. 19K019976 | Same exhibit as 219. See objections above. |
| 3 | Corcoran Police Department Report No. C1901057 | Same exhibit as 206. See objections above. |
| 4 | State of California Department of Justice Bureau of Investigations Report No. 120, Investigation #BI-FR2018-00028 | Same exhibit as 221. See objections above. |
| 5 | Audio recordings of interviews related to the above-identified investigations. | **Objections:** Hearsay under FRE 802. Foundation required. Also, see objections to Exhibit 205. |
| 6 | Scene and evidence photos, including those taken at time of service of the search warrant related to the subject incident, and medical treatment of Plaintiff. | **Objections:** Defendant has failed to specifically identify these documents or produce them to Plaintiff as of today (14 days before trial), in violation of the requirement to disclose exhibit materials at least 28 days before trial. Plaintiff reserves his right to object to this exhibit at a later date, once it has been produced or identified. |
| 7 | FARO Laser Scan data and screen shots | Same exhibit as 213. |
| 8 | Dispatch audio recordings and call history related to subject incident. | Same exhibit as 222. See objections above. |
| 9 | Audio and video recordings related to surveillance | Same exhibit as 222. See objections above. |

|  |  |  |  |
|---|---|---|---|
|  |  | conducted during Operation Red Reaper. |  |
|  | 10 | Audio recording of phone conversation between Plaintiff and Jose Quintero prior to the subject incident. | Same exhibit as 215. See objections above. |
|  | 11 | CHP aerial video. | Same exhibit as 201. No objection.. |
|  | 12 | Kaweah Delta Medical Center records regarding Plaintiff. | Same as Plaintiff's Exhibit 22. |
|  | 13 | June 17, 2020, letter from Kings County Assistant District Attorney Phil Esbenshade to Sheriff David Robinson re: District Attorney's Office investigation of subject incident. | Same exhibit as 220. See objections above. |
|  | 14 | Kings County Sheriff's Office Policy and Procedure Manual. | Foundation required. |
|  | 15 | Log of Defendant Lopes' Lexipol training bulletins. | Foundation required. |
|  | 16 | Defendant Lopes' KCSO training records. | Foundation required. |
|  | 17 | Wellpath Health Care records regarding Plaintiff. | Same as Plaintiff's Exhibit 21. |
|  | 18 | Community Regional Medical Center records regarding Plaintiff. | Same as Plaintiff's Exhibit 20. |
|  | 19 | Operation Red Reaper criminal discovery records including but not limited to, reports, audio and video recordings, photos and screenshots, search warrants and supporting affidavits, and arrest warrants. | Same exhibit as 225. See objections above. |
|  | 20 | County of Los Angeles | Same exhibit as 226. See |

| | | |
|---|---|---|
| | Department of Medical Examiner Coroner Gunshot Residue Test Results. | objections above. |
| 21 | Kings County Jail records regarding Plaintiff including classification records, custody grievances; disciplinary actions, medical grievances, incident reports and Spillman notes. | **Objections:** Hearsay under FRE 802. Also, see objections to Exhibit 205. These post-incident records are irrelevant under FRE 401, 402 and unfairly prejudicial under FRE 403.<br><br>Also, see Plaintiff's Motion in Limine 1, information unknown to the officers, irrelevant to Fourth Amendment analysis. |
| 22 | Kings County Superior Court records regarding criminal prosecution of Plaintiff, Jose Quintero, Jr., and/or David Hernandez to include arrest and search warrants, search warrant returns, pleadings, sentencing records and reports. | Same exhibit as 227. See objections above. |
| 23 | Arrest Warrants for Plaintiff and Jose Quintero. | Same exhibit as 209 and 210. See objections above. |
| 24 | Search Warrants and Affidavits for 1155 Summer Field Court, Hanford, CA. and 214 South Street, Hanford, California. | Same exhibit as 228. See objections above. |
| 25 | All exhibits identified by other parties to this action. | N/A |

Dated: 10/27/25

By: /s/ *Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
Attorneys for Plaintiff