# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Freddie Ralph Quair, Jr. | ) CASE No.: 1:20−CV−01793−KJM−SKO |
| Plaintiff, | ) [Honorable Dist. Judge Kimberly J. Mueller] |
| vs. | ) |
| County of Kings, et al. | ) **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE OF POST-INCIDENT FINDINGS BY AN AGENCY** |
| Defendants | ) |
| | ) Trial Date: 11/10/25 |
| | ) Time: 9:00 a.m. |
| | ) |
| | ) Robert T. Matsui United States Courthouse |
| | ) Courtroom 3, 15th floor |

PROPOSED ORDER
- 1

The Court, having considered Plaintiffs' Motion in Limine No. 3, the papers filed in support and opposition, and the arguments of counsel, and good cause appearing, hereby ORDERS as follows:

Plaintiffs' Motion in Limine No. 3 is GRANTED. Defendants are precluded from introducing, referring to, or eliciting the evidence of post-incident findings by any agency.

This ruling applies to all stages of trial, including voir dire, opening statements, direct and cross-examination of witnesses, and closing argument.

Counsel for all parties shall instruct their witnesses to refrain from any mention of the excluded evidence in the presence of the jury.

Dated: _____

                                                Hon. Kimberly J. Mueller