# CERTIFICATE OF SERVICE

Case Name:   **Quair v. County of Kings, et al.**    No.    **1:20-CV-01793-KJM-SKO**

I hereby certify that on October 27, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT NEIL COMPSTON, JOHN SILVEIRA, AND EDWARD SINCLAR'S TRIAL BRIEF**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 27, 2025, at Los Angeles, California.

| Valerie Thompson | /s/ *Valerie Thompson* |
|---|---|
| Declarant | Signature |

FR2021301267