1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  NORMAN D. MORRISON, State Bar No. 212090
   Supervising Deputy Attorney General
3   2550 Mariposa Mall, Room 5090
    Fresno, CA 93721-2271
4   Telephone: (559) 705-2304
    Fax: (559) 445-5106
5   E-mail: Norman.Morrison@doj.ca.gov
   *Attorneys for Defendants Neil Compston,*
6  *John Silveira and Edward Sinclair*

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10                          CIVIL DIVISION

11

12

| FREDDIE QUAIR, | 1:20-CV-01793-KJM-SKO |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE AND PREVENT TESTIMONY BY PLAINTIFF'S NON-RETAINED WITNESSES DUE TO PLAINTIFF'S FAILURE TO COMPLY WITH FED. R. CIV. P. 26** |
| v. | |
| COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive, | |
|  | **[STATE MIL NO. 3]**[1] |
| Defendants. | Trial Date:    November 10, 2025<br>Action Filed:  December 21, 2020 |

The Court, having considered Defendants NEIL COMPSTON, JOHN SILVEIRA and EDWARD SINCLAIR's Motion in Limine No. 3, the documents filed in support and opposition thereof, including any declarations and exhibits, as well as any argument presented by counsel for the State Defendants, the County of Kings and Taylor Lopes, and Plaintiff, and good cause having been found hereby orders as follows:

Defendants Motion in Limine No. 3 is hereby GRANTED. Plaintiff is precluded from

---

[1] For purposes of judicial convenience and reference, the State Defendants' Motions in Limine are identified pursuant to the numbering and designation set forth in the Court's Final Pretrial Order (ECF 83), at 4-5.

1

[Proposed] Order re Defendants' Motion in Limine to Exclude and Prevent Testimony By Plaintiff's Non-Retained Witnesses Due To Plaintiff's Failure To Comply With Fed. R. Civ. P. 26 [STATE MIL #3] (1:20-CV-01793-KJM-SKO)

having introducing any evidence or testimony by any non-retained experts due to Plaintiff's failure to comply with the expert disclosure requirements of Fed. R. Civ. P. 26.

    Counsel for Plaintiff shall instruct his witnesses of the substance of this order, and shall instruct them that they are not to offer, discuss, or identify any evidence, opinions, testimony, or documents relating to any non-retained expert witnesses..

Dated: _____       _____

                                                     Hon. Kimberly J. Mueller

                                                     U.S. District Court, Eastern District of California

2

[Proposed] Order re Defendants' Motion in Limine to Exclude and Prevent Testimony By Plaintiff's Non-Retained Witnesses Due to Plaintiff's Failure to Comply With Fed. R. Civ. P. 26 [STATE MIL #3] (1:20-CV-01793-KJM-SKO)