UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Freddie Ralph Quair, Jr.Plaintiff,vs.County of Kings, et al.Defendants | CASE No.: 1:20−CV−01793−KJM−SKO[Honorable Dist. Judge Kimberly J. Mueller]**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE NO. 1 TO EXCLUDE INFORMATION UNKNOWN TO DEFENDANT OFFICERS AT THE TIME OF THE INCIDENT**Trial Date: 11/10/25Time: 9:00 a.m.Robert T. Matsui United States CourthouseCourtroom 3, 15th floor |

PROPOSED ORDER
- 1

The Court, having considered Plaintiffs' Motion in Limine No. 1, the papers filed in support and opposition, and the arguments of counsel, and good cause appearing, hereby ORDERS as follows:

Plaintiffs' Motion in Limine No. 1 is GRANTED. Defendants are precluded from introducing, referring to, or eliciting testimony regarding information that was unknown to Defendant Officers at the time of the June 18, 2019 incident, including:

1. Details of the June 18, 2019 home invasion beyond what Defendant Officers were specifically aware of at the time of the shooting;
2. Details of alleged crimes investigated during Operation Red Reaper beyond what Defendant Officers were specifically aware of at the time of the shooting;
3. Post-incident investigative reports containing information not known to Defendant Officers at the time of the shooting; and
4. Records of Plaintiff's and Jose Quintero's post-incident criminal prosecution and incarceration.

This ruling applies to all stages of trial, including voir dire, opening statements, direct and cross-examination of witnesses, and closing argument.

Counsel for all parties shall instruct their witnesses to refrain from any mention of the excluded evidence in the presence of the jury.

Dated: _____

Hon. Kimberly J. Mueller