1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  NORMAN D. MORRISON, State Bar No. 212090
   Supervising Deputy Attorney General
3   2550 Mariposa Mall, Room 5090
    Fresno, CA 93721-2271
4   Telephone: (559) 705-2304
    Fax: (559) 445-5106
5   E-mail: Norman.Morrison@doj.ca.gov
   *Attorneys for Defendants Neil Compston,*
6  *John Silveira and Edward Sinclair*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **FREDDIE QUAIR,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,**<br><br>                                    Defendants. | 1:20-CV-01793-KJM-SKO<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION IN LIMINE TO LIMINE TO EXCLUDE EVIDENCE RELATING TO PRIOR ACTS AND INVOLVEMENT BY ANY DEFENDANT IN A PRIOR USE OF FORCE INCIDENT**<br><br>**[STATE MIL NO. 6]**[1]<br><br>Trial Date:   November 10, 2025<br>Action Filed: December 21, 2020 |

The Court, having considered Defendants NEIL COMPSTON, JOHN SILVEIRA and EDWARD SINCLAIR's Motion in Limine No. 6, the documents filed in support and opposition thereof, including any declarations and exhibits, as well as any argument presented by counsel for the State Defendants, the County of Kings and Taylor Lopes, and Plaintiff, and good cause having been found hereby orders as follows:

Defendants Motion in Limine No. 6 is hereby GRANTED. Plaintiff is precluded from

---

[1] For purposes of judicial convenience and reference, the State Defendants' Motions in Limine are identified pursuant to the numbering and designation set forth in the Court's Final Pretrial Order (ECF 83), at 4-5.

1

introducing, either directly or through the examination of any witnesses, any evidence relating to any prior uses of force by any of the Defendants, including Taylor Lopes..

      Counsel for Plaintiff shall instruct Plaintiff and his witnesses, including Plaintiff's expert Curtis Rothschiller, of the substance of the Motion in Limine and the evidence, testimony, facts and opinions precluded and excluded pursuant to this order, and shall instruct these witnesses from offering any evidence, testimony, facts or opinions in the presence of the jury. Plaintiff is additionally prohibited from offering any documents or other evidence at trial, or making any arguments, statements or representations to prior uses of force to the jury during voir dire, opening, or closing arguments.

Dated: _____    _____

                                                                       Hon. Kimberly J. Mueller

                                                                       U.S. District Court, Eastern District of California

2

[Proposed] Order re Defendants' Motion in Limine to Exclude Evidence Relating to Prior Acts and Involvement by Any Defendant in A Prior Use of Force Incident [STATE MIL #6] (1:20-CV-01793-KJM-SKO)