1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  NORMAN D. MORRISON, State Bar No. 212090
   Supervising Deputy Attorney General
3    2550 Mariposa Mall, Room 5090
     Fresno, CA 93721-2271
4    Telephone: (559) 705-2304
     Fax: (559) 445-5106
5    E-mail: Norman.Morrison@doj.ca.gov
   *Attorneys for Defendants Neil Compston,*
6  *John Silveira and Edward Sinclair*

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                      CIVIL DIVISION

11

12 | | |
   |---|---|
13 | **FREDDIE QUAIR,** | 1:20-CV-01793-KJM-SKO |
14 | Plaintiff, | **[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE GOLDEN RULE AND REPTILE THEORY ARGUMENTS AT TRIAL** |
15 | v. | |
16 | **COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,** | **[STATE MIL NO. 7][1]** |
17 | | Trial Date:     November 10, 2025 |
18 | | Action Filed:  December 21, 2020 |
19 | Defendants. | |

20

21        The Court, having considered Defendants NEIL COMPSTON, JOHN SILVEIRA and

22 EDWARD SINCLAIR's Motion in Limine No. 7, the documents filed in support and opposition

23 thereof, including any declarations and exhibits, as well as any argument presented by counsel for

24 the State Defendants, the County of Kings and Taylor Lopes, and Plaintiff, and good cause

25 having been found hereby orders as follows:

26        Defendants Motion in Limine No. 7 is hereby GRANTED. Plaintiff is precluded from

27 ───────────────

28 [1] For purposes of judicial convenience and reference, the State Defendants' Motions in Limine are identified pursuant to the numbering and designation set forth in the Court's Final Pretrial Order (ECF 83), at 4-5.

1

1

2

offering any arguments or statements during voir dire, opening arguments, closing arguments or
during the questioning of witnesses that would constitute a "Golden Rule" or "Reptile Theory"
argument.

3

4

5

Dated: _____     _____

6

7                                                  Hon. Kimberly J. Mueller

8                                                  U.S. District Court, Eastern District of
                                                   California

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order re Defendants' Motion in Limine to Exclude Golden Rule and Reptile Theory Arguments at Trial
[STATE MIL #7] (1:20-CV-01793-KJM-SKO)