ROB BONTA, State Bar No. 202668
Attorney General of California
NORMAN D. MORRISON, State Bar No. 212090
Supervising Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA 93721-2271
 Telephone: (559) 705-2304
 Fax: (559) 445-5106
 E-mail: Norman.Morrison@doj.ca.gov
*Attorneys for Defendants Neil Compston,
John Silveira and Edward Sinclair*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| FREDDIE QUAIR,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 1:20-CV-01793-KJM-SKO<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE THAT A "LESSER AMOUNT" OF FORCE WOULD HAVE CONTROLLED PLAINTIFF**<br><br>**[STATE MIL NO. 8]**[1]<br><br>Trial Date:　November 10, 2025<br>Action Filed:　December 21, 2020 |

　　　The Court, having considered Defendants NEIL COMPSTON, JOHN SILVEIRA and

EDWARD SINCLAIR's Motion in Limine No. 8, the documents filed in support and opposition

thereof, including any declarations and exhibits, as well as any argument presented by counsel for

the State Defendants, the County of Kings and Taylor Lopes, and Plaintiff, and good cause

having been found hereby orders as follows:

　　　Defendants Motion in Limine No. 8 is hereby GRANTED. Plaintiff is precluded from

---

[1] For purposes of judicial convenience and reference, the State Defendants' Motions in Limine are identified pursuant to the numbering and designation set forth in the Court's Final Pretrial Order (ECF 83), at 4-5.

1

having his expert witness, Curtis Rothschiller, or any other witness testify and/or offer any opinions, theories, beliefs, conclusions or statements that a lesser degree or amount of force would have controlled the Plaintiff during the incident. Plaintiff's counsel, as well as Plaintiff's other witnesses, are also precluded from offering any testimony, evidence, opinions, theories, beliefs, conclusions, statements, arguments or representation in this trial that a lesser degree or amount of force would have controlled the Plaintiff during the incident. This applies to any testimony at trial, during voir dire, during opening arguments, on direct examination or in cross-examination, and in closing argument.

Counsel for Plaintiff shall instruct his witnesses, including Curtis Rothschiller, of the substance of the Motion in Limine and the evidence, testimony, facts and opinions precluded and excluded pursuant to this order, and shall instruct Rothschiller and any other witnesses from offering any evidence, testimony, facts or opinions in the presence of the jury.

Dated: _____   _____

Hon. Kimberly J. Mueller
U.S. District Court, Eastern District of California

2

[Proposed] Order re Defendants' Motion in Limine to Exclude Evidence That a "Lesser Amount" Of Force Would Have Controlled Plaintiff  [STATE MIL #8] (1:20-CV-01793-KJM-SKO)