1  ROB BONTA, State Bar No. 202668
Attorney General of California
2  NORMAN D. MORRISON, State Bar No. 212090
Supervising Deputy Attorney General
3   2550 Mariposa Mall, Room 5090
Fresno, CA 93721-2271
4   Telephone: (559) 705-2304
Fax: (559) 445-5106
5   E-mail: Norman.Morrison@doj.ca.gov
*Attorneys for Defendants Neil Compston,*
6  *John Silveira and Edward Sinclair*

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                          CIVIL DIVISION

11

12

| | |
|---|---|
| **FREDDIE QUAIR,** | 1:20-CV-01793-KJM-SKO |
| Plaintiff, | **[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO PRIOR SETTLEMENTS BETWEEN THE COUNTY OF KINGS AND THIRD PARTIES** |
| v. | |
| **COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,** | **[STATE MIL NO. 12][1]** |
| Defendants. | Trial Date:     November 10, 2025<br>Action Filed:  December 21, 2020 |

21       The Court, having considered Defendants NEIL COMPSTON, JOHN SILVEIRA and

22  EDWARD SINCLAIR's Motion in Limine No. 12, the documents filed in support and opposition

23  thereof, including any declarations and exhibits, as well as any argument presented by counsel for

24  the State Defendants, the County of Kings and Taylor Lopes, and Plaintiff, and good cause

25  having been found hereby orders as follows:

26       Defendants Motion in Limine No. 12 is hereby GRANTED. Plaintiff is precluded from

27

28  _____

[1] For purposes of judicial convenience and reference, the State Defendants' Motions in Limine are identified pursuant to the numbering and designation set forth in the Court's Final Pretrial Order (ECF 83), at 4-5.

1

[Proposed] Order re Defendants' Motion in Limine to Exclude Evidence Relating to Prior Settlements Between the County of Kings and Third Parties [STATE MIL #12] (1:20-CV-01793-KJM-SKO)

introducing, either directly or through the examination of any witnesses, any evidence relating to any prior settlement agreements, discussions, or lawsuits involving Taylor Lopes, the County of Kings, and any third-party.

Counsel for Plaintiff shall instruct Plaintiff and his witnesses, including Plaintiff's expert Curtis Rothschiller, of the substance of the Motion in Limine and the evidence, testimony, facts and opinions precluded and excluded pursuant to this order, and shall instruct these witnesses from offering any evidence, testimony, facts or opinions in the presence of the jury. Plaintiff is additionally prohibited from offering any documents or other evidence at trial, or making any arguments, statements or representations to prior uses of force to the jury during voir dire, opening, or closing arguments.

Dated: _____        _____

Hon. Kimberly J. Mueller

U.S. District Court, Eastern District of California

2