1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  NORMAN D. MORRISON, State Bar No. 212090
   Supervising Deputy Attorney General
3   2550 Mariposa Mall, Room 5090
    Fresno, CA 93721-2271
4   Telephone: (559) 705-2304
    Fax: (559) 445-5106
5   E-mail: Norman.Morrison@doj.ca.gov
   *Attorneys for Defendants Neil Compston,*
6  *John Silveira and Edward Sinclair*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **FREDDIE QUAIR,**<br><br>                              Plaintiff,<br><br>v.<br><br>**COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,**<br><br>                              Defendants. | Case No. 1:20-CV-01793-KJM-SKO<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE OPINIONS, TESTIMONY AND EVIDENCE THAT P.O.S.T. LEARNING DOMAINS ARE OFFICIAL POLICIES AND PROCEDURES OF THE STATE OF CALIFORNIA**<br><br>**[STATE MIL NO. 15]**[1]<br><br>Trial Date:   November 10, 2025<br>Action Filed: December 21, 2020 |

The Court, having considered Defendants NEIL COMPSTON, JOHN SILVEIRA and EDWARD SINCLAIR's Motion in Limine No. 15, the documents filed in support and opposition thereof, including any declarations and exhibits, as well as any argument presented by counsel for the State Defendants and Plaintiff, and good cause having been found hereby orders as follows:

Defendants Motion in Limine No. 15 is hereby GRANTED. Plaintiff is precluded from having his expert witness, Curtis Rothschiller, or any other witness testify and/or offer any

---

[1] For purposes of judicial convenience and reference, the State Defendants' Motions in Limine are identified pursuant to the numbering and designation set forth in the Court's Final Pretrial Order (ECF 83), at 4-5.

1

opinions, theories, beliefs, conclusions or statements that Learning Domains prepared and published by the California Commission on Peace Officer Standards and Training constitute an official policy and/or procedure of the State of California, including the California Department of Justice. Plaintiff's counsel, as well as Plaintiff's other witnesses, are also precluded from offering any testimony, evidence, opinions, theories, beliefs, conclusions, statements, arguments or representation that P.O.S.T. Learning Domains constitute official policies and procedures applicable to law enforcement officers and their agencies. This applies to any testimony at trial, during voir dire, during opening arguments, on direct examination or in cross-examination, and in closing argument.

      Counsel for Plaintiff shall instruct his witnesses, including Curtis Rothschiller, of the substance of the Motion in Limine and the evidence, testimony, facts and opinions precluded and excluded pursuant to this order, and shall instruct Rothschiller and any other witnesses from offering any evidence, testimony, facts or opinions in the presence of the jury.

Dated: _____   _____

                                                                              Hon. Kimberly J. Mueller

                                                                              U.S. District Court, Eastern District of California

2

[Proposed] Order re Defendants' Motion in Limine to Exclude Opinions, Testimony and Evidence that P.O.S.T. Learning Domains are Official Policies and Procedures of the State of California [STATE MIL #15] (1:20-CV-01793-KJM-SKO)