Rob Bonta, State Bar No. 202668
Attorney General of California
Norman D. Morrison, State Bar No. 212090
Supervising Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA 93721-2271
 Telephone: (559) 705-2304
 Fax: (559) 445-5106
 E-mail: Norman.Morrison@doj.ca.gov
*Attorneys for Defendants Neil Compston,
John Silveira and Edward Sinclair*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| FREDDIE QUAIR,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,<br><br>  Defendants. | Case No. 1:20-CV-01793-KJM-SKO<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION IN LIMINE TO BIFURCATE TRIAL INTO SEPARATE PHASES FOR EXCESSIVE FORCE AND MONELL, AND/OR TRIFURCATE AS TO PUNITIVE DAMAGES CLAIMS**<br><br>**[STATE MIL NO. 16]**<br><br>Trial Date: November 10, 2025<br>Action Filed: December 21, 2020 |

The Court, having considered Defendants NEIL COMPSTON, JOHN SILVEIRA and EDWARD SINCLAIR's Motion in Limine No. 16, the documents filed in support and opposition thereof, including any declarations and exhibits, as well as any argument presented by counsel for the State Defendants and Plaintiff, and good cause having been found hereby orders as follows:

Defendants' Motion in Limine No. 16 is hereby GRANTED. The Court directs that this trial shall proceed with a first phase confined to Plaintiff's allegations of excessive force in violation of the Fourth Amendment by the individual defendants. This first phase shall not focus on Plaintiff's *Monell* claims against the County of Kings, and no evidence relating to the *Monell*

1

claims shall be admitted, referenced or testified to in the first phase. The first phase of trial shall be the only phase involving the State Defendants: Neil Compston, John Silveira, and Edward Sinclair.

Should the jury find that Taylor Lopes' use of force was unreasonable and excessive, then the trial shall proceed to a second phase consisting of the trial of Plaintiff's claims for *Monell*-based liability against the County of Kings.

Plaintiff is instructed to advise the Court and counsel for the parties whether he is standing by his demand for punitive damages. Should Plaintiff affirm his demand for punitive damages, this matter shall be trifurcated, with a third phase consisting of the punitive damages claims, being tried in an order to be set by the Court pursuant to further order.

.

Dated: _____     _____

Hon. Kimberly J. Mueller

U.S. District Court, Eastern District of California

2

[Proposed] Order re Defendants' Motion in Limine to Bifurcate Trial Into Separate Phases for Excessive Force and Monell, and/or Trifurcate as to Punitive Damages Claims [STATE MIL #16] (1:20-CV-01793-KJM-SKO)