# CERTIFICATE OF SERVICE

Case Name:   **Quair v. County of Kings, et al.**      No.   **1:20-CV-01793-KJM-SKO**

I hereby certify that on October 27, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS MOTION IN LIMINE TO EXCLUDE AND PREVENT TESTIMONY BY PLAINTIFF'S NON RETAINED WITNESSES DUE TO PLAINTIFF'S FAILURE TO COMPLY WITH FED. R. CIV. P. 26; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF SUPERVISING DEPUTY ATTORNEY GENERAL NORMAN D. MORRISON IV [STATE MIL NO. 3]; AND PROPOSED ORDER**

**DEFENDANTS MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO PRIOR ACTS AND INVOLVEMENT BY ANY DEFENDANT IN A PRIOR USE OF FORCE INCIDENT; MEMORANDUM OF POINTS AND AUTHORITIES [STATE MIL NO. 6]; AND PROPOSED ORDER**

**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE GOLDEN RULE AND REPTILE THEORY ARGUMENTS AT TRIAL; MEMORANDUM OF POINTS AND AUTHORITIES [STATE MIL NO. 7]; AND PROPOSED ORDER**

**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE THAT A "LESSER AMOUNT" OF FORCE WOULD HAVE CONTROLLED PLAINTIFF; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF SUPERVISING DEPUTY ATTORNEY GENERAL NORMAN D. MORRISON IV [STATE MIL NO. 8]; AND PROPOSED ORDER**

**DEFENDANTS MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO PRIOR SETTLEMENTS BETWEEN THE COUNTY OF KINGS AND THIRD PARTIES [STATE MIL NO. 12]; AND PROPOSED ORDER**

**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE OPINIONS, TESTIMONY AND EVIDENCE THAT P.O.S.T. LEARNING DOMAINS ARE OFFICIAL POLICIES AND PROCEDURES OF THE STATE OF CALIFORNIA; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF NORMAN D. MORRISON [STATE MIL NO. 15]; AND PROPOSED ORDER**

**DEFENDANTS' MOTION IN LIMINE TO BIFURCATE TRIAL INTO SEPARATE PHASES FOR EXCESSIVE FORCE AND MONELL, AND/OR TRIFURCATE AS TO PUNITIVE DAMAGES CLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES [STATE MIL NO. 16]; AND PROPOSED ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 27, 2025</u>, at Los Angeles, California.

|  |  |
|---|---|
| Valerie Thompson | /s/ *Valerie Thompson* |
| Declarant | Signature |

FR2021301267