1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  NORMAN D. MORRISON, State Bar No. 212090
   Supervising Deputy Attorney General
3   2550 Mariposa Mall, Room 5090
    Fresno, CA 93721-2271
4   Telephone: (559) 705-2304
    Fax: (559) 445-5106
5   E-mail: Norman.Morrison@doj.ca.gov
   *Attorneys for Defendants Neil Compston,*
6  *John Silveira and Edward Sinclair*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **FREDDIE QUAIR,**<br><br>Plaintiff,<br><br>v.<br><br>**COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,**<br><br>Defendants. | 1:20-CV-01793-KJM-SKO<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFF'S EXPERT, CURTIS ROTHSCHILLER.**<br><br>**[STATE MIL NO. 2]**[1]<br><br>Trial Date:   November 10, 2025<br>Action Filed: December 21, 2020 |

The Court, having considered Defendants NEIL COMPSTON, JOHN SILVEIRA and EDWARD SINCLAIR's Motion in Limine No. 2, the documents filed in support and opposition thereof, including any declarations and exhibits, as well as any argument presented by counsel for the State Defendants, the County of Kings and Taylor Lopes, and Plaintiff, and good cause having been found hereby orders as follows:

Defendants Motion in Limine No. 2 is hereby GRANTED. Plaintiff is precluded from

---

[1] For purposes of judicial convenience and reference, the State Defendants' Motions in Limine are identified pursuant to the numbering and designation set forth in the Court's Final Pretrial Order (ECF 83), at 4-5.

1

1  having his expert witness, Curtis Rothschiller, testify as to the issues, opinions, facts, and
2  evidence identified in, and forming the basis of, Defendant's Motion in Limine No. 2. This
3  applies to any testimony at trial, on direct examination, and in closing argument.
4      Counsel for Plaintiff shall instruct his witness, Curtis Rothschiller, of the substance of the
5  Motion in Limine and the evidence, testimony, facts and opinions precluded and excluded
6  pursuant to this order, and shall instruct Rothschiller from offering any evidence, testimony, facts
7  or opinions in the presence of the jury.

Dated: _____     _____

Hon. Kimberly J. Mueller

U.S. District Court, Eastern District of California

2

[Proposed] Order re Defendants' Motion in Limine to Exclude Rothschiller Opinions and Testimony [STATE MIL #2] (1:20-CV-01793-KJM-SKO)