James J. Arendt, Esq.  Bar No. 142937
Matthew P. Bunting, Esq.  Bar No. 306034

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
James@walaw-fresno.com
Matthew@walaw-fresno.com

Attorneys for Defendants County of Kings and Taylor Lopes

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR, | ) CASE NO.  1:20-CV-01793-KJM-SKO </br> ) </br> ) </br> ) **DEFENDANTS' JOINT NOTICE OF** </br> ) **DISPUTED EXHIBITS** </br> ) </br> ) </br> ) </br> ) </br> ) |
| Plaintiff, | |
| vs. | |
| COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive, | |
| Defendants. | |

The parties, County of Kings and Taylor Lopes ("County Defendants") and Neil Compston, John Silveira, and Edward Sinclair (State Defendants) respectfully submit their Joint Notice of Disputed Exhibits:

| Exh. No. | Description | Evidentiary Objections |
|---|---|---|
| **1.** | Video of Shooting | **No objection.** |
| **2.** | Video of Shooting: Magnified | **No objection.** |
| **3.** | Video of Shooting: Magnified and Played in Slow Motion | **No objection.** |

---

COUNTY DEFENDANTS' TRIAL BRIEF

1

| Exh. No. | Description | Evidentiary Objections |
|---|---|---|
| 4. | Stills from Video of Shooting | No objection. |
| 5. | Photos of Quair's Injuries | **MIL, FRE 401, 402, 403 Cumulative and redundant.** |
| 6. | Photos of Clothing | No objection. |
| 7. | Photos of Guns and Bullets: Sergeant Taylor Lopes | No objection. |
| 8. | Photos Guns and Bullets of Special Agent Edward Sinclair | No objection. |
| 9. | Photos Guns and Bullets: Special Agent John Silveira | No objection. |
| 10. | Photos Guns and Bullets: Special Agent Neil Compston | No objection. |
| 11. | Photos of Casings | No objection. |
| 12. | 3D FARO Scan of Scene | No objection. |
| 13. | Photos of Sergeant Taylor Lopes | No objection. |
| 14. | Photos of Special Agent Edward Sinclair | No objection. |
| 15. | Photos of Special Agent John Silveira | No objection. |
| 16. | Photos of Special Agent Neil Compston | No objection. |
| 17. | Evidence Photos | **Cumulative and redundant.** |
| 18. | Scene Photos | **Cumulative and redundant.** |

| Exh. No. | Description | Evidentiary Objections |
|---|---|---|
| 19. | Photos of Nissan | **Cumulative and redundant.** |
| 20. | Medical Records: Community Regional Medical Center | **Plaintiff failed to produce documents in response to discovery requests and ongoing discovery obligations.** |
| 21. | Medical Records: Wellpath Health Care at the Kings County Jail | **Plaintiff failed to produce documents in response to discovery requests and ongoing discovery obligations. Court's order denying access to mental health records. (Doc. 35)** |
| 22. | Medical Records: Kaweah Delta Medical Center | **Hearsay. Lacks foundation.** |
| 23. | Medical Records: Kaweah Delta Medical Center: Bills | **Hearsay. Lacks foundation.** |
| 24. | Berbeira Complaint (1:16-cv-00363) | **Hearsay, hearsay within hearsay. Lacks foundation. FRE 401, 402, 403, 404. MIL** |
| 25. | Berbeira Notice of Settlement | **Hearsay, hearsay within hearsay. Lacks foundation. FRE 401, 402, 403, 404. MIL** |

COUNTY DEFENDANTS' TRIAL BRIEF

| Exh. No. | Description | Evidentiary Objections |
|---|---|---|
| 26. | Kings County Board Action Summary | **Hearsay, hearsay within hearsay. Lacks foundation. FRE 401, 402, 403, 404, 408. MIL** |
| 27. | Crawley Complaint, (1:13-cv-02042) | **Hearsay, hearsay within hearsay. Lacks foundation. FRE 401, 402, 403, 404. MIL** |
| 28. | Fit for Duty Podcast | **Hearsay, hearsay within hearsay. Lacks foundation. FRE 401, 402, 403, 404. MIL** |
| 29. | Jose Quintero - Audio and Transcript | **No objection.** |
| 30. | Lopes Interview - Audio and Transcript | **No objection.** |
| 31. | Manning Interview - Audio and Transcript | **No objection.** |
| 32. | Scomona Interview - Audio and Transcript | **No objection.** |
| 33. | Silveira Interview - Audio and Transcript | **No objection.** |
| 34. | Sinclair Interview - Audio and Transcript | **No objection.** |
| 35. | Andrade Interview - Audio and Transcript | **No objection.** |
| 36. | Compston Interview - Audio and Transcript | **No objection.** |
| 37. | Dobbins Interview - Audio and Transcript | **No objection.** |
| 38. | Fishbough Interview - Audio and Transcript | **No objection.** |

| Exh. No. | Description | Evidentiary Objections |
|---|---|---|
| **39.** | Kings County Use of Force Policy | **No objection.** |

DATED:  October 27, 2025         WEAKLEY & ARENDT
                                 A Professional Corporation

                                 By:    /s/   *James J. Arendt*
                                        James J. Arendt
                                        Matthew P. Bunting
                                        Attorneys for Defendants