1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  NORMAN D. MORRISON, State Bar No. 212090
   Supervising Deputy Attorney General
3   2550 Mariposa Mall, Room 5090
    Fresno, CA 93721-2271
4   Telephone: (559) 705-2304
    Fax: (559) 445-5106
5   E-mail: Norman.Morrison@doj.ca.gov
   *Attorneys for Defendants Neil Compston,*
6  *John Silveira and Edward Sinclair*

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10                              CIVIL DIVISION

11

| | |
|---|---|
| **FREDDIE QUAIR,** | 1:20-CV-01793-KJM-SKO |
| Plaintiff, | **[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF CLAIMS OR THEORIES RELATING TO POLICE TACTICS NOT INCLUDED IN PLAINTIFF'S COMPLAINT OR A GOVERNMENT CLAIMS ACT NOTICE** |
| v. | |
| **COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,** | **[STATE MIL NO. 9][1]** |
| Defendants. | Trial Date:   November 10, 2025<br>Action Filed:  December 21, 2020 |

The Court, having considered Defendants NEIL COMPSTON, JOHN SILVEIRA and EDWARD SINCLAIR's Motion in Limine No. 9, the documents filed in support and opposition thereof, including any declarations and exhibits, as well as any argument presented by counsel for the State Defendants, the County of Kings and Taylor Lopes, and Plaintiff, and good cause having been found hereby orders as follows:

Defendants Motion in Limine No. 9 is hereby GRANTED. Plaintiff is precluded from

---

[1] For purposes of judicial convenience and reference, the State Defendants' Motions in Limine are identified pursuant to the numbering and designation set forth in the Court's Final Pretrial Order (ECF 83), at 4-5.

1

introducing any evidence or testimony at trial regarding any claims or legal theories relating to police tactics or techniques that were not included in the Plaintiff's Complaint <u>and</u> for which Plaintiff complied with the California Government Claims Act. This includes any theories or claims relating to negligence, negligent tactics, alleged provocation by the Defendants prior to the use of force incident. This includes any arguments, testimony, evidence, documents, opinions, beliefs, conclusions, theories, or other evidence relating to any legal theory or claim relating to negligence or negligent tactics by the individual Defendants. This preclusion applies to all phases of trial, including voir dire, opening arguments, witness examination, and closing arguments.

      Counsel for Plaintiff shall instruct his witnesses, including Curtis Rothschiller, of the substance of this order, and shall instruct them that they are not to offer, discuss, or identify any evidence, opinions, testimony, or documents relating to any negligence or negligent tactics.

Dated: _____                _____

                                                                                     Hon. Kimberly J. Mueller

                                                                                     U.S. District Court, Eastern District of California

2

[Proposed] Order re Defendants' Motion in Limine to Exclude Evidence of Claims or Theories Relating to Police Tactics Not Included in Plaintiff's Complaint or a Government Claims Act Notice [STATE MIL #9] (1:20-CV-01793-KJM-SKO)