1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  Supervising Deputy Attorney General
   NORMAN D. MORRISON, State Bar No. 212090
3  Supervising Deputy Attorney General
    2550 Mariposa Mall, Room 5090
4   Fresno, CA  93721-2271
    Telephone:  (559) 705-2304
5   Fax:  (559) 445-5106
    E-mail:  Norman.Morrison@doj.ca.gov
6  *Attorneys for Defendants Neil Compston, John
   Silveira and Edward Sinclair*

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREDDIE QUAIR,** | Case No. 1:20-CV-01793-KJM-SKO |
| Plaintiff, | **DEFENDANTS' JOINT FINAL TRIAL EXHIBIT LIST** |
| v. | Trial Date:   November 10, 2025 |
| **COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,** | Action Filed:  December 21, 2020 |
| Defendants. | |

Defendants Neil Compston, John Silveira, and Edward Sinclair (State Defendants) and County of Kings and Taylor Lopes (County Defendants) submit the following joint final trial exhibit list:

| Exh. No. | Exh. Description | Admissibility Stipulation/ Evidentiary Objections | Date Identified for Trial | Date Admitted for Trial |
|---|---|---|---|---|
| JD-1. | Aerial Surveillance Video of the Incident. | | | |
| JD-2. | Enlarged Aerial Surveillance Video. | | | |
| JD-3. | Still images from the Aerial Surveillance Video. | | | |
| JD-4. | Maps, Diagrams of location of incident. | | | |
| JD-5. | Kings County Superior Court Records for case no. 19CV-2965A, *People of the State* | | | |

1

| | | | | | |
|---|---|---|---|---|---|
| | | *of California vs. Fredie Ralph Quair, Jr.* | | | |
| | JD-6. | Corcoran Police Department Records for Case No. C1901057 | | | |
| | JD-7. | Wiretap recordings created during Operation Red Reaper relating to Plaintiff Fredie Quair, Jr. | | | |
| | JD-8 | Medical test records from Kaweah Delta Medical Center | | | |
| | JD-9. | Arrest Warrant dated June 10, 2019, and supporting affidavit, for Plaintiff Fredie Quair, Jr. | | | |
| | JD-10. | Arrest Warrant dated June 10, 2019, and supporting affidavit, for Jose Juan Quintero, Jr. | | | |
| | JD-11. | Recording of interview of Jose Juan Quintero, Jr. following incident | | | |
| | JD-12. | June 19, 2019, audio recording of interview with Gabriel Andrade. | | | |
| | JD-13. | FARO Scan of scene of incident | | | |
| | JD-14. | Photographs of the incident scene and evidence | | | |
| | JD-15. | Surveillance records of Plaintiff obtained during Operation Red Reaper, including audio and video recordings taken during the Operation. | | | |
| | JD-16. | Plaintiff's Responses to Discovery | | | |
| | JD-17. | Hanford Police Department Report for Case No. H1903235 | | | |
| | JD-18. | Kings County Sheriff's Office Report No. 19K019976, with attachments. | | | |
| | JD-19. | Kings County District Attorney's Office Report. | | | |
| | JD-20. | State of California, Department of Justice, Bureau of Investigations, Report No.120 for investigation BI-FR2018-00028. | | | |
| | JD-21. | Dispatch audio recordings, call history and CADD log relating to the underlying incident. | | | |
| | JD-22. | Audio recording(s) of phone conversation(s) between Plaintiff and Jose Quintero prior to the subject incident. | | | |
| | JD-23. | Operation Red Reaper records | | | |
| | JD-24. | County of Los Angeles Department of Medical Examiner Coroner Gunshot Residue Test Results | | | |
| | JD-25. | Kings County Superior Court records regarding criminal prosecution of Plaintiff and Jose Quintero, Jr., | | | |
| | JD-26. | Search Warrants and Affidavits for 1155 Summer Field Court, Hanford, CA. and 214 South Street, Hanford, California | | | |
| | JD-27. | Kings County District Attorney's Office Report regarding investigation into subject | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | incident. | | | |
| | JD-28. | POST Learning Domains | | | |
| | JD-29. | Recordings interviews of Officers involved in incident. | | | |
| | JD-30 | June 17, 2020, letter from Kings County Assistant District Attorney Phil Esbenshade to Sheriff David Robinson re: District Attorney's Office investigation of subject incident. | | | |
| | JD-31 | Wellpath Health Care records regarding Plaintiff. | | | |
| | JD-32 | Community Regional Medical Center records regarding Plaintiff. | | | |
| | JD-33 | Operation Red Reaper criminal discovery records including but not limited to, reports, audio and video recordings, photos and screenshots, search warrants and supporting affidavits, and arrest warrants. | | | |
| | SD-01. | Relevant Portions of the California Department of Justice's 2018 Policies and Procedures | | | |
| | CD-01 | Kings County Sheriff's Office Policy and Procedure Manual. | | | |
| | CD-02 | Log of Defendant Lopes' Lexipol training bulletins | | | |
| | CD-03 | Defendant Lopes' KCSO training records. | | | |
| | CD-04 | Kings County Jail records regarding Plaintiff including classification records, custody grievances; disciplinary actions, medical grievances, incident reports and Spillman notes. | | | |
| | | Any and all other exhibits introduced by other parties. | | | |

Defendants reserve the right to introduce additional exhibits not identified herein for purposes of impeachment.

Dated: October 27, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California

NORMAN D. MORRISON
Supervising Deputy Attorney General
*Attorneys for Defendants Neil Compston, John Silveira and Edward Sinclair*