```
ROB BONTA, State Bar No. 202668
Attorney General of California
NORMAN D. MORRISON, State Bar No. 212090
Supervising Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA 93721-2271
 Telephone: (559) 705-2304
 Fax: (559) 445-5106
 E-mail: Norman.Morrison@doj.ca.gov
Attorneys for Defendants Neil Compston,
John Silveira and Edward Sinclair
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **FREDDIE QUAIR,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,**<br><br>                              Defendants. | 1:20-CV-01793-KJM-SKO<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE DEMANDED BUT NOT PRODUCED BY PLAINTIFF DURING DISCOVERY**<br><br>**[STATE MIL NO. 14]**[1]<br><br>Trial Date:   November 10, 2025<br>Action Filed: December 21, 2020 |

The Court, having considered Defendants NEIL COMPSTON, JOHN SILVEIRA and EDWARD SINCLAIR's Motion in Limine No. 3, the documents filed in support and opposition thereof, including any declarations and exhibits, as well as any argument presented by counsel for the State Defendants, the County of Kings and Taylor Lopes, and Plaintiff, and good cause having been found hereby orders as follows:

Defendants Motion in Limine No. 14 is hereby GRANTED. Plaintiff is precluded from

---

[1] For purposes of judicial convenience and reference, the State Defendants' Motions in Limine are identified pursuant to the numbering and designation set forth in the Court's Final Pretrial Order (ECF 83), at 4-5.

1

introducing any evidence or testimony that was the subject of a demand or discovery request by Defendants in this case, but which was not produced. Plaintiff is additionally precluded from offering any testimony, opinions, statements, representations, or opinions regarding or relating to any evidence that was not produced by Plaintiff in response to a discovery demand in this case, either directly or through any witness, including retained and non-retained experts.  This preclusion shall apply to all phases of trial, including voir dire, opening arguments, closing arguments, and the examination of witnesses and parties.

    Counsel for Plaintiff shall instruct his witnesses of the substance of this order, and shall instruct them that they are not to offer, discuss, or identify any evidence, opinions, testimony, or documents that was the subject of a discovery demand or request but which was not produced.

Dated: _____    _____

    Hon. Kimberly J. Mueller

    U.S. District Court, Eastern District of California

2

[Proposed] Order re Defendants' Motion in Limine to Exclude Evidence Demanded But Not Produced by Plaintiff During Discovery  [STATE MIL #14] (1:20-CV-01793-KJM-SKO)