**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

LAW OFFICE OF DARRELL J. YORK
Darrell J. York (SBN 145601)
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Telephone: (661) 362-0828
Fax:     (877) 221-3306
Email:  djylaw@gmail.com

*Attorneys for Plaintiff, Freddie Quair*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR,<br><br>   Plaintiff,<br><br>vs.<br><br>COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,<br><br>   Defendants | CASE No.: **1:20−CV−01793−KJM−SKO**<br><br>[*Honorable Kimberly J. Mueller.*]<br><br>**PLAINTIFF'S OPPOSITION TO COUNTY DEFENDANTS' MOTION IN LIMINE NO. 10 TO EXCLUDE PICTURES OF PLAINTIFF QUAIR'S INJURIES**<br><br>Jury Trial: 11/10/25<br>Time: 9:00am<br>Courtroom: Three |

Defendant County of Kings seeks to exclude all photographs of Plaintiff Quair's injuries (ECF 118 at 21). The motion should be denied.

Plaintiff does not intend to introduce more photographs of his injuries than necessary to address disputed issues regarding trajectories and number of shots and to accurately depict the amount of force used by Defendants, which is an essential factor considered by the jury in determining whether their use of force was reasonable.

This is an excessive force case in which Plaintiff was shot seventeen times. Plaintiff seeks damages for his pain and suffering. It is essential for the jury to understand the severity of the wounds inflicted. A modest selection of photographs showing the extent of Plaintiff's injuries would be more probative than prejudicial on the issue of damages.

Further, there is a factual dispute as to whether officers continued shooting Plaintiff after he was on the ground, defenseless and posing no threat of any kind. Photographs of his injuries may help to resolve this dispute as they are relevant to bullet trajectories and are probative evidence of Plaintiff's body position at the time of each shot and the officers' positions relative to Plaintiff. This evidence is relevant to disputed facts that are central the ultimate question before the jury of whether the Defendants' use of lethal force was reasonable.

Defendants' claim of unfair prejudice is contradicted by a long line of federal and state cases holding that danger of unfair prejudice or inflaming the jury did not substantially outweigh the probative value of relevant autopsy and crime scene photographs, even when the photographs were far more gruesome than the ones at issue here. *See, e.g., United States v. Mitchell*, 502 F.3d 931, 968 (9th Cir. 2007) (district court did not err in admitting photographs of the post-mortem decapitation and dismemberment of murder victims).

    Plaintiff agrees that photos of his injuries should not be cumulative or *unnecessarily* gruesome and will seek to meet and confer with Defendants in an attempt to reach a stipulation on a limited set of photographs.

    For the foregoing reasons, Plaintiff respectfully requests that the Court deny Defendant County of Kings' Motion in Limine No. 10 (ECF 118 at 21) in its entirety.

Dated: November 3, 2025

**LAW OFFICES OF DALE GALIPO**
By: /s/ *Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
Attorneys for Plaintiff