**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

LAW OFFICE OF DARRELL J. YORK
Darrell J. York (SBN 145601)
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Telephone: (661) 362-0828
Fax:      (877) 221-3306
Email:  djylaw@gmail.com

*Attorneys for Plaintiff, Freddie Quair*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR,<br><br>        Plaintiff,<br><br>   vs.<br><br>COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,<br><br>        Defendants | CASE No.: **1:20−CV−01793−KJM−SKO**<br><br>[*Honorable Kimberly J. Mueller.*]<br><br>**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO COUNTY DEFENDANTS' MOTIONS IN LIMINE NOS. 5, 7, AND 8, (ECF NO. 118) AND STATE DEFENDANTS' MOTION IN LIMINE NO. 7 (ECF NO. 113)**<br><br>Jury Trial: 11/10/25<br>Time: 9:00am<br>Courtroom: Three |

Plaintiff Freddie Quair, by and through undersigned counsel, hereby provides notice that Plaintiff does not oppose County Defendants' Motions in Limine Nos. 5, 7, and 8, (ECF No. 118) and State Defendants' Motion in Limine No. 7 (ECF No. 113).

Dated: November 3, 2025

By: /s/ *Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
Attorneys for Plaintiff