**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

LAW OFFICE OF DARRELL J. YORK
Darrell J. York (SBN 145601)
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Telephone: (661) 362-0828
Fax:     (877) 221-3306
Email:  djylaw@gmail.com

*Attorneys for Plaintiff, Freddie Quair*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,<br><br>Defendants | CASE No.: **1:20−CV−01793−KJM−SKO**<br><br>*[Honorable Kimberly J. Mueller.]*<br><br>**PLAINTIFF'S OPPOSITION TO STATE DEFENDANTS' MOTION IN LIMINE NO. 15 TO EXCLUDE EVIDENCE THAT P.O.S.T. LEARNING DOMAINS ARE OFFICAL POLICIES AND PROCEDURES OF THE STATE OF CALIFORNIA**<br><br>Jury Trial: 11/10/25<br>Time: 9:00am<br>Courtroom: Three |

Plaintiff does not oppose the vast majority of State Defendants motion and does not intend to introduce California Commission on Peace Officer Standards and Training (POST) standards as the official police of California Highway Patrol or any other California agency.

-1-   Case No. 1:20−CV−01793−KJM−SKO
**PLAINTIFF'S OPPOSITION TO STATE DEFENDANTS' MOTION IN LIMINE NO. 15**

Plaintiff will only rely on POST standards as evidence of standard police practices, and their relevance to that inquiry will be elucidated by Plaintiff's police practices expert. Plaintiff may also use POST standards in discussions with officers to help explain their training. These are non-controversial purposes for which POST standards are used in countless excessive force cases. *Smith v. City of Hemet*, 394 F.3d 689, 703 (9th Cir. 2005) (noting that a jury may rely on testimony by a police practices expert about the POST standards and what techniques the officer defendant should have used to complete an arrest); *Young v. Cnty. of Los Angeles*, 655 F.3d 1156, 1162 (9th Cir. 2011) (considering POST standards in conducting its Fourth Amendment analysis); *Brown v. City of Ontario*, No. EDCV20476DMGSHKX, 2021 WL 9182338, at *1 (C.D. Cal. May 25, 2021) (denying motion in limine seeking to exclude reference to POST standards).

To the extent that State Defendants seek to exclude the above use of POST materials, the motion should be denied. In all other respects, the motion is moot, as Plaintiffs do not intend to use POST standards for any other purpose.

Dated: November 3, 2025

**LAW OFFICES OF DALE GALIPO**
By: /s/ *Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
Attorneys for Plaintiff