**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

LAW OFFICE OF DARRELL J. YORK
Darrell J. York (SBN 145601)
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Telephone: (661) 362-0828
Fax:      (877) 221-3306
Email:  djylaw@gmail.com

*Attorneys for Plaintiff, Freddie Quair*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,<br><br>        Defendants | CASE No.: **1:20−CV−01793−KJM−SKO**<br><br>[*Honorable Kimberly J. Mueller.*]<br><br>**PLAINTIFF'S OPPOSITION TO COUNTY DEFENDANTS' MOTION IN LIMINE NO. 11 AND STATE DEFENDANTS' MOTION IN LIMINE NO. 14 TO EXCLUDE EVIDENCE NOT PRODUCED IN DISCOVERY**<br><br>Jury Trial: 11/10/25<br>Time: 9:00am<br>Courtroom: Three |

Defendants move to exclude records that were not disclosed during discovery. Plaintiff intends to use the following medical records to help the jury understand the extent of the injuries caused by Defendants' use of lethal force:

- Medical Records: Community Regional Medical Center
- Medical Records: Wellpath Health Care at the Kings County Jail
- Medical Records: Kaweah Delta Medical Center

- Medical Records: Kaweah Delta Medical Center: Bills

Plaintiff has learned that most of these records were disclosed in initial disclosures, supplemental disclosures, and responses to Requests for Production. However, as of this moment, Plaintiff is still attempting to locate documentation confirming that the files themselves were shared with Defendants. Plaintiff will have an update for the Court when this motion is argued on November 10, 2025, if not sooner.

      To the extent that the files were not turned over as required, Plaintiff will not seek to admit them into evidence and will only use them if necessary to refresh the recollection of Dr. Siddiqi and Mr. Quair, both of whom will testify regarding Mr. Quair's injuries and the medical treatment he underwent.

Dated: November 3, 2025

By: /s/ *Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
Attorneys for Plaintiff