ROB BONTA, State Bar No. 202668
Attorney General of California
NORMAN D. MORRISON, State Bar No. 212090
Supervising Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA 93721-2271
 Telephone: (559) 705-2304
 Fax: (559) 445-5106
 E-mail: Norman.Morrison@doj.ca.gov
*Attorneys for Defendants Neil Compston,
John Silveira and Edward Sinclair*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **FREDDIE QUAIR,** <br><br> Plaintiff, <br><br> v. <br><br> **COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,** <br><br> Defendants. | Case no. 1:20-CV-01793-KJM-SKO <br><br> **STATE DEFENDANTS' PROPOSED JURY VOIR DIRE** <br><br><br> Trial Date: November 10, 2025 <br> Action Filed: December 21, 2020 |

Defendants NEIL COMPSTON, JOHN SILVEIRA and EDWARD SINCLAIR (State Defendants) hereby submit their proposed voir dire.

1. Do any of you have any special training or knowledge of law enforcement tactics and training, including but not limited to use of force?

If so:

a) What is your knowledge and/or training?

b) Where, when and how did you acquire this knowledge and/or training?

c) Do you think this would affect your ability to be a fair and impartial juror? Why

2. Do any of you believe that a law enforcement officer does not have the right to arrest someone suspected of being involved in an armed home invasion robbery where someone was shot?

3. Do any of you believe that a law enforcement officer does not have the right to protect themselves when they believe their lives, or the lives of others, are in danger?

4. Do any of you believe that a law enforcement officer does not have the right to protect themselves by using deadly force when a suspect's actions are consistent with an imminent intent to shoot at the officers?

5. Do any of you believe that a law enforcement officer must wait until a suspect has actually physically pointed a gun at the officer before the officer is allowed to defend himself?

6. Do any of you believe that a law enforcement officer must wait until a suspect has actually fired a gun at them before he is allowed to defend himself?

7. Do any of you believe that a law enforcement officer must confirm beyond any reasonable doubt that an individual who is acting like he intends to fire a weapon at them is actually armed with a weapon before defending themselves?

8. Do any of you believe that an individual suspected of being involved in an armed home invasion robbery where shots were fired has the right to resist arrest by pretending to have a weapon and intending to use it against law enforcement officers?

9. Do any of you believe that law enforcement officers should stop pursuing someone wanted for multiple felonies, including having just committed an armed home invasion robbery where shots were fired and someone was hit by a bullet, thereby allowing that person to escape?

   a) Under what circumstances?
   b) Why?

10. Do any of you have feelings about whether police are ever justified in shooting a person evading arrest for a felony crime? If yes, please explain.

11. Do any of you, or a family member, or close friend have an association with the justice system (i.e. law enforcement, corrections, probation, lawyer, judge, court personnel)?

12. Without identifying the person involved, have any of you, or a family member or close friend ever been detained or arrested by a law enforcement agency? If so:

   a) When did this occur?
   b) Where did this occur?
   c) What law enforcement agency(ies) was involved?
   d) What was the outcome?
   e) Given this event, what is your opinion of law enforcement?

13. Have any of you ever had a family member or close friend killed by a law enforcement officer?

14. Have any of you, a family member or close friend ever been treated in what you considered an unfair or improper manner by any member of a law enforcement agency including, but not limited to, the California Highway Patrol or the Tulare Police Department?

15. Do any of you, or a family member or close friend, believe that the Kings County Sheriff's Department or the California Department of Justice should be defunded?

    a) Why?

16. Have you, a family member or close friend ever been the victim of an armed home invasion robbery?

17. Have you, a family member, or a close friend ever been a member of any organization such as Black Lives Matter, Defund the Police, or any similar organization?

18. Have you, a family member, or a close friend ever been involved or associated with a criminal street gang?

19. Have you, a family member, or a close friend ever been the victim of a crime committed by someone understood to be a member of a criminal street gang?

20. Are you familiar with the Norteno criminal street gang?

21. Are you familiar with the Nuestra Familiar prison gang?

22. Do any of you, a family member or close friend, have any formal training or education as a nurse, emergency medical technician, physician, counselor, or otherwise?

23. What newspapers, news channels or online news source do you follow?

24. Do you believe that law enforcement officers are entitled to rely on the information they receive from others in performing their duties?

25. Have any of you, a family member or a close friend ever been the victim of a violent crime?

26. Do any of you, a family member or a close friend have experience shooting firearms?

27. Do you, a family member, or a close friend have any training in shooting firearms?

28. The Defendants in this case include a Sheriff's Sergeant and Special Investigators with the California Department of Justice. Have any of you or anyone close to you ever had an experience with any State employee, or a law enforcement officer who you believe was unpleasant or upset you or made you angry? Please tell us about that.

29. Have any of you or anyone close to you ever been arrested by any law enforcement officer? Please tell us about that. Do you feel that this experience would make it difficult for you to be fair and impartial in this case?

30. Plaintiff claims that he was treated unconstitutionally by each of the Defendants. Is there anything about such claims that makes you uncomfortable or would make it difficult for you to be a fair and impartial juror in this case?

31. Do you believe police in your community do a good job?

32. Have you or any member of your family, or any close friend, been arrested or charged with a crime? Describe what occurred. Do you have strong feelings about that experience? Describe those feelings.

33. Have any of you, any member of your family, or friends ever been the victim of what you thought was police harassment, brutality or other police misconduct? If yes, please explain.

34. Have any of you ever witnessed an incident that you believe was police brutality, either in person or on a TV or internet video? If so, has it affected your feelings about police officers?

35. Have any of you or anyone close to you ever made a complaint against police officer or against a police department? If so, what was the nature of the complaint?

36. Have you ever attended a protest or demonstration relating to police officer misconduct? If yes, please explain.

37. Do any of you claim to have any special knowledge or expertise with respect to the law relating to investigation, detention, arrest, pursuit, or firearms/weapons by peace officers? If your answer is yes, what kind of knowledge or expertise do you have and how did you obtain such knowledge or expertise?

38. Do you want law enforcement agencies to be proactive or reactive in confronting crime?

39. Do you feel that that experience would make it difficult for you to be fair and impartial in this case?

40. The Court will instruct you that the plaintiff in this case has the burden of proving his alleged claims. The Court will instruct you on the law regarding such a claim. If the plaintiff

fails to prove his claims, after hearing all the evidence and law in this case, will you be willing to bring in a verdict in favor of defendant and against the plaintiff and deny him monetary damages?

41. Would any of you feel offended if other members of the jury disagreed with your view of the evidence?

42. Would any of you be unwilling to listen to a fellow juror who disagreed with you?

43. In a trial the plaintiff puts on his evidence first, and then the defendant has the opportunity to put on his evidence. Do any of you think you might have difficulty keeping an open mind regarding this case until you have heard all the evidence and I have instructed you on the law?

44. Does anybody feel that because Plaintiff filed a lawsuit, the allegations are more likely true than not?

45. Do you understand that you must follow my instructions regarding the law whether you agree with the law or not? Is there anyone who thinks he or she cannot do that?

46. As a juror, you may have to resolve conflicts in the testimony of witnesses. This means you may have to decide whether to believe or reject all or part of a witness's testimony or who is telling the truth. Is there any juror who feel this is not something he or she can do?

47. As a juror, would you feel comfortable awarding the Plaintiff no money if, after considering all the evidence, you don't believe the Defendants did anything wrong, even if the Plaintiff was injured?

48. Is there anything that you have not been asked that might affect your ability to serve as a juror that you think the Court or parties should know?

Dated: November 3, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California

NORMAN D. MORRISON
Supervising Deputy Attorney General
*Attorneys for Defendants Neil Compston, John Silveira and Edward Sinclair*

FR2021301267

# CERTIFICATE OF SERVICE

Case Name:  **Quair v. County of Kings, et al.**     No.    **1:20-CV-01793-KJM-SKO**

I hereby certify that on <u>November 3, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATE DEFENDANTS' PROPOSED JURY VOIR DIRE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 3, 2025</u>, at Los Angeles, California.

|  |  |
|---|---|
| J. Sissov | */s/ J. Sissov* |
| Declarant | Signature |

FR2021301267