James J. Arendt, Esq.  Bar No. 142937
Matthew P. Bunting, Esq.  Bar No. 306034

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
James@walaw-fresno.com
Matthew@walaw-fresno.com

Attorneys for Defendants County of Kings and Taylor Lopes

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,<br><br>　　　　Defendants. | CASE NO.  1:20-CV-01793-KJM-SKO<br><br>**COUNTY DEFENDANTS' PROPOSED VOIR DIRE** |

The parties, County of Kings and Taylor Lopes ("County Defendants") respectfully submit the following proposed voir dire:

1. Do you believe that law enforcement is never justified in using deadly force if a firearm is not found on a suspect?

2. Have you or anyone close to you ever had any negative experiences involving law enforcement?

3. Have you or anyone close to you ever been convicted of a crime?

4. Would evidence that an officer has been involved in prior shootings affect your ability to fairly evaluate whether the amount of force used by law enforcement was reasonable under the circumstances?

5. Do you believe that law enforcement is never justified in using force to deal with a suspect regardless of the circumstances?

6. Do you believe that law enforcement is resorting to using force too often?

7. Do you believe that law enforcement are shooting too many people regardless of the circumstances of the individual cases?

DATED: November 3, 2025        WEAKLEY & ARENDT
                               A Professional Corporation

                               By:    /s/   *James J. Arendt*
                                      James J. Arendt
                                      Matthew P. Bunting
                                      Attorneys for County Defendants