James J. Arendt, Esq.  Bar No. 142937
Matthew P. Bunting, Esq.  Bar No. 306034

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
James@walaw-fresno.com
Matthew@walaw-fresno.com

Attorneys for Defendants County of Kings and Taylor Lopes

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive,<br><br>　　　　Defendants. | CASE NO.  1:20-CV-01793-KJM-SKO<br><br>**COUNTY DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 3 (DOC. 106)** |

　　　　The parties, County of Kings and Taylor Lopes ("County Defendants") respectfully submit the following opposition to Plaintiff's Motion In Limine No. 3 to Exclude Evidence of Post-Incident Findings By Any Agency.

　　　　First and foremost, Plaintiff's police practices expert Rothschiller, states in his paragraph 132 of his report that: "[t]he lack of transparency in this case, regarding the production of official reports and documentation is extremely concerning.  Failure to produce official documentation, i.e., Use of Force, investigative, crime scene, and Internal Affairs reports from KCSD and DOJ leads me to believe there was a concerted effort by law enforcement to prevent the facts of this incident to become known."

---

COUNTY DEFENDANTS' OPP TO PLAINTIFF'S MIL 3

1

As these reports were provided and identified in discovery, it is bewildering why Plaintiff's expert makes this statement. However, regardless of the intentions behind this expert opinion, the County Defendants must defend against this allegation that it was attempting to "prevent the facts of this incident to become known". These reports directly refute Plaintiff's allegation that County Defendants are trying to "sweep this under the rug" and are highly relevant to this matter. As such, County Defendants request that the Court deny Plaintiff's motion in limine.

DATED: November 3, 2025        WEAKLEY & ARENDT
                               A Professional Corporation

                        By:    /s/   James J. Arendt
                               James J. Arendt
                               Matthew P. Bunting
                               Attorneys for County Defendants