James J. Arendt, Esq.          Bar No. 142937
Matthew P. Bunting, Esq.       Bar No. 306034

**WEAKLEY & ARENDT**
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
James@walaw-fresno.com
Matthew@walaw-fresno.com

Attorneys for Defendants County of Kings and Taylor Lopes

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR, | CASE NO. 1:20-cv-01793-KJM-SKO |
| Plaintiff, | |
| vs. | |
| COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVEIRA; EDWARD SINCLAIR; and DOES 1 THROUGH 10, inclusive, | **NOTICE OF SETTLEMENT** |
| Defendants | |

Plaintiff Freddie Quair ("Plaintiff") and Defendants County of Kings and Taylor Lopes ("County Defendants"), by and through their legal counsel of record, hereby give notice to the Court that they have reached a settlement in the above-entitled matter. The settlement is between Plaintiff and the County Defendants only and does not include Defendants Compston, Silveira, or Sinclair.

It is anticipated that the settlement agreement will be executed before the first day of trial,

/ / /

/ / /

/ / /

/ / /

/ / /

---

NOTICE OF SETTLEMENT                    1

1    November 10, 2025, and a stipulated dismissal filed within 45 days.

2

3            Respectfully submitted,

4

5    DATED:  November 6, 2025

6                                              WEAKLEY & ARENDT
                                               A Professional Corporation

7

8                                    By:    _/s/ James J. Arendt_
                                            James J. Arendt
9                                           Matthew P. Bunting
                                            Attorneys for Defendants County of Kings,
10                                          Sheriff David Robinson, Senior Deputy
                                            Dakotah Fausnett, Deputy Colten Verhoeven

11

12   DATED:  November 6, 2025

                                               LAW OFFICES OF DALE GALIPO
13

14                                   By:    _/s/ Cooper Alison-Mayne_
                                            Dale K. Galipo
15                                          Cooper Alison-Mayne
                                            Attorneys for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28