**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff Freddie Quair*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR,<br><br>             Plaintiff,<br><br>   vs.<br><br>NEIL COMPSTON, JOHN SILVERIA, and EDWARD SINCLAIR,<br><br>            Defendants | CASE No.: **1−20−CV−01793−KJM−SKO**<br><br>[*Honorable Kimberly J. Mueller.*]<br><br>**PLAINTIFF'S SECOND AMENDED EXHIBIT LIST**<br><br>Trial Date: November 10, 2025<br>Time: 9:00 a.m.<br><br>Robert T. Matsui United States Courthouse<br>Courtroom 3, 15th floor |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS, PLEASE TAKE NOTICE THAT** Plaintiff Freddie Quair submits the following amended exhibit list.

Dated: November 8, 2025          **LAW OFFICES OF DALE K. GALIPO**

By:  /s/  *Cooper Alison-Mayne*
_____
Dale K. Galipo
Cooper Alison-Mayne
*Attorneys for Plaintiff Freddie Quair*

### *PLAINTIFF'S EXHIBIT LIST*

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Video of Shooting | | |
| 2. | Video of Shooting: Magnified | | |
| 3. | Video of Shooting: Magnified and Played in Slow Motion | | |
| 4. | Stills from Video of Shooting | | |
| 5. | Photos of Quair's Injuries | | |
| 6. | Photos of Clothing | | |
| 7. | Photos of Guns and Bullets: Sergeant Taylor Lopes | | |
| 8. | Photos Guns and Bullets of Special Agent Edward Sinclair | | |
| 9. | Photos Guns and Bullets: Special Agent John Silveira | | |
| 10. | Photos Guns and Bullets: Special Agent Neil Compston | | |
| 11. | Photos of Casings | | |
| 12. | Photos of Bullet | | |
| 13. | Photos of Taylor Lopes | | |
| 14. | Photos of Edward Sinclair | | |
| 15. | Photos of John Silveira | | |
| 16. | Photos of Neil Compston | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 17. | *WITHDRAWN* | | |
| 18. | Scene Photos | | |
| 19. | Photos of Nissan | | |
| 20. | * Medical Records: Community Regional Medical Center | | |
| 21. | * Medical Records: Wellpath Health Care at the Kings County Jail | | |
| 22. | * Medical Records: Kaweah Delta Medical Center | | |
| 23. | * Medical Records: Kaweah Delta Medical Center: Bills | | |
| 24. | *WITHDRAWN* | | |
| 25. | *WITHDRAWN* | | |
| 26. | *WITHDRAWN* | | |
| 27. | *WITHDRAWN* | | |
| 28. | *WITHDRAWN* | | |
| 29. | * Quintero - Audio and Transcript | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 30. | * Lopes Interview - Audio and Transcript | | |
| 31. | * Manning Interview - Audio and Transcript | | |
| 32. | * Scomona Interview - Audio and Transcript | | |
| 33. | * Silveira Interview - Audio and Transcript | | |
| 34. | * Sinclair Interview - Audio and Transcript | | |
| 35. | * Andrade Interview - Audio and Transcript | | |
| 36. | * Compston Interview - Audio and Transcript | | |
| 37. | * Dobbins Interview - Audio and Transcript | | |
| 38. | * Fishbough Interview - Audio and Transcript | | |
| 39. | *WITHDRAWN* | | |
| 40. | * KCSO: Incident Report 19K019976 | | |

Exhibits marked with a star are included for identification purposes only.