**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff Freddie Quair*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NEIL COMPSTON, JOHN SILVERIA, and EDWARD SINCLAIR,<br><br>　　　　　Defendants | CASE No.: **1:20−CV−01793−KJM−SKO**<br><br>[*Honorable Kimberly J. Mueller.*]<br><br>**PLAINTIFF'S SECOND AMENDED WITNESS LIST**<br><br>Trial Date: November 10, 2025<br>Time: 9:00 a.m.<br><br>Robert T. Matsui United States Courthouse<br>Courtroom 3, 15th floor |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS, PLEASE TAKE NOTICE THAT** Plaintiff Freddie Quair submits the following amended witness list. Plaintiff reserves the right to amend this list.

**(1)** Neil Compston
**(2)** Edward Sinclair
**(3)** John Silveria
**(4)** Freddie Quair
**(5)** John Scomona
**(6)** Dr. Naeem Siddiqi
**(7)** Curt Rothschiller
**(8)** * Jessica Machado
**(9)** * Andrew Mazza
**(10)** * Gilbert Rios

Plaintiff reserves the right to call any of the witnesses on Defendants' witness list.

Witness marked with a star before their name will only be called if necessary to lay the foundation for exhibits Plaintiff intends to introduce into evidence.

Dated: November 8, 2025            **LAW OFFICES OF DALE K. GALIPO**

                              By:   /s/  *Cooper Alison-Mayne*
                                    _____
                                    Dale K. Galipo
                                    Cooper Alison-Mayne
                                    *Attorneys for Plaintiff Freddie Quair*