**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff Freddie Quair*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NEIL COMPSTON, JOHN SILVERIA, and EDWARD SINCLAIR,<br><br>　　　　　Defendants | CASE No.: **1:20−CV−01793−KJM−SKO**<br><br>[*Honorable Kimberly J. Mueller.*]<br><br>**PLAINTIFF'S AMENDED PROPOSED VERDICT FORM**<br><br>Trial Date: November 10, 2025<br>Time: 9:00 a.m.<br><br>Robert T. Matsui United States Courthouse<br>Courtroom 3, 15th floor |

**PLEASE TAKE NOTICE** that Plaintiff FREDDIE QUAIR respectfully submits his amended proposed verdict form for the trial of this matter.

On November 6, 2025, a joint notice of settlement was filed informing the Court that all claims against Taylor Lopes and the County of Kings have been resolved. Plaintiff submits this amended verdict form to reflect the changes in claims and defendants in this case.

Dated: November 8, 2025

By: /s/ *Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
Attorneys for Plaintiff

We, the jury in the above-entitled action, find the following:

## FOURTH AMENDMENT EXCESSIVE FORCE CLAIM

**QUESTION 1:** Did the defendants use excessive force against Freddie Quair or integrally participate in its use?

| | | |
|---|---|---|
| Neil Compston | _____YES | _____NO |
| John Silveria | _____YES | _____NO |
| Edward Sinclair | _____YES | _____NO |

*If you answered "Yes" to any defendant, please proceed to answer Question 2 for that defendant.*

*If you answered "No" to all defendants, please sign and date the verdict form and return it to the Court.*

**QUESTION 2:** Was the defendant's use of excessive force a cause of Freddie Quair's injury or harm?

| | | |
|---|---|---|
| Neil Compston | _____YES | _____NO |
| John Silveria | _____YES | _____NO |
| Edward Sinclair | _____YES | _____NO |

*If you answered "Yes" to any defendant, please proceed to Question 3.*

*If you answered "No" to all defendants, please sign and date the verdict form and return it to the Court.*

# DAMAGES

**QUESTION 3**: What are Freddie Quair's damages:

      Past damages:    $_____

      Future damages:  $_____

*Please sign and date the verdict form and return it to the Court.*

Date: _____            _____

                                                                 Jury Foreperson