# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR,<br><br>            Plaintiff,<br><br>    v.<br><br>COUNTY OF KINGS, et al.,<br><br>            Defendants. | Case No.  1:20-cv-01793-KJM-SKO<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE VACATING DATES AND DIRECTING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>**FORTY-FIVE-DAY DEADLINE** |

The Court conducted a settlement conference in this action before the undersigned on November 10, 2025, at which the parties reached a settlement agreement.  Therefore, the Court will vacate all dates and order Plaintiff to file dispositional documents within forty-five days.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Plaintiff shall file dispositional documents within **forty-five (45) days** of entry of this order. Any request for an extension for filing dispositional documents must be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:   **November 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2