**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE KIMBERLY J. MUELLER**

| | |
|---|---|
| Freddie Quair, | No. 1:20-cv-1793-KJM-SKO |
|     Plaintiff, | **MINUTES** |
| v. | |
| County of Kings, et al, | Date: 11/10/2025 |
|     Defendants. | Deputy Clerk: M. Francel |
| _____/ | Court Reporter: A. Torres |

**Counsel for Plaintiff**:   Dale Galipo, Darrel York, Cooper Alison-Mayne

**Counsel for Defendants**:   Norman Morrison


**JURY TRIAL (Day 1)**:

9:12 a.m.   Attorneys present as identified above, with the exception of Darrel York, in transit.  Plaintiff Freddie Quair, present.  Defendants, Neil Compston and Edward Sinclair, present. Defendant John Silveria, not present.  Outside the presence of the prospective jurors, the court and counsel discussed motions in limine, preliminary jury instructions and housekeeping matters.

10:25 a.m.   All parties excused to reconvene before Magistrate Judge Stanley A. Boone.

1:14 p.m.   Back on the record, all parties present. The parties confirmed they have settled. The jury was thanked and excused with instructions to remain on call and call the 800 number Friday after 5:00 pm.

1:28 p.m.   Court Adjourned


**TIME IN COURT**: 1 Hours, 27 Minutes