IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDDIE QUAIR,

CASE: **1:20–CV–01793–TLN–SKO**

vs.

COUNTY OF KINGS, ET AL.,

ORDER OF REASSIGNMENT

_____/

The court, having considered the retirement of **District Judge Kimberly J. Mueller**, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** from **District Judge Kimberly J. Mueller** to **Chief District Judge Troy L. Nunley** for all further proceedings. The new case number for this action, which must be used on all documents filed with the court, is: **1:20–CV–01793–TLN–SKO**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

DATED: January 15, 2026

Troy L. Nunley
Chief United States District Judge