**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDIE QUAIR,<br><br>  Plaintiff,<br><br>  vs.<br><br>NEIL COMPSTON, JOHN SILVERIA, and EDWARD SINCLAIR,<br><br>  Defendants. | Case No.: 1:20-CV-01793<br><br>**JOINT STATUS REPORT** |

1

# JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated January 16, 2026 (ECF No. 159), the parties submit this Joint Status Report regarding the status of this matter.

This case settled on November 10, 2025. The parties agreed upon the final language of a settlement agreement on January 22, 2026, and are currently in the process of obtaining full execution of the settlement documents and having them executed by the Plaintiff, who is currently incarcerated and requires additional time to receive, execute and return a fully executed settlement agreement.

Once the release is fully executed by Plaintiff and Plaintiff's counsel, the State will process and issue the settlement payment . Upon Plaintiff's receipt of the settlement funds, the parties will file a Joint Stipulation of Dismissal with Prejudice.

The parties anticipate completing this process within approximately sixty (60) days.

Respectfully submitted,

Dated: January 30, 2026   **LAW OFFICES OF DALE K. GALIPO**

By:   */s/   Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
*Attorneys for Plaintiff*

Dated: January 30, 2026   **ROB BONTA**
**ATTORNEY GENERAL OF CALIFORNIA**

By:   */s/   Norman Morrison*
Norman Morrison
Deputy Attorney General
Attorney for Defendants Neil Compston, John Silveria, and Edward Sinclair