**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDIE QUAIR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NEIL COMPSTON, JOHN SILVERIA, and EDWARD SINCLAIR,<br><br>　　　　Defendants. | Case No.: 1:20-CV-01793<br><br><br>**STATUS REPORT** |

1

## STATUS REPORT

This case settled on November 10, 2025. The parties agreed on final settlement language and obtained fully executed documents on February 10, 2026. Defendant State of California represents through counsel that the settlement check will be sent to Plaintiff's counsel shortly, but has not identified a specific timeframe. The parties will submit a joint stipulation of dismissal with prejudice within seven days of Plaintiff's counsel's receipt of the settlement check.

Respectfully submitted,

Dated: April 2, 2026              **LAW OFFICES OF DALE K. GALIPO**

By:    /s/   *Cooper Alison-Mayne*
                Dale K. Galipo
                Cooper Alison-Mayne
                *Attorneys for Plaintiff*