**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

LAW OFFICE OF DARRELL J. YORK
Darrell J. York (SBN 145601)
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Telephone: (661) 362-0828
Fax:     (877) 221-3306
Email:  djylaw@gmail.com

*Attorneys for Plaintiff, Freddie Quair*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE QUAIR,<br><br>                    Plaintiff,<br><br>   vs.<br><br>COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA, and EDWARD SINCLAIR;<br><br>                    Defendants | CASE No.: **1:20−CV−01793−TLN-EGC**<br><br>[*Honorable Dist. Judge Troy L. Nunley*<br>*[Honorable Mag. Judge Erin Guy Castillo]*<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)** |

**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

## JOINT STIPULATION TO DISMISS

Plaintiff FREDDIE QUAIR, by and through his attorneys of record, and Defendants NEIL COMPSTON, JOHN SILVERIA, and EDWARD SINCLAIR, by and through their attorneys of record, hereby stipulate that this entire action be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). All parties to bear their own attorney's fees and costs.

IT IS SO STIPULATED

Dated: June 25, 2026        **LAW OFFICES OF DALE K. GALIPO**

By:    */s/   Cooper Alison-Mayne*

Dale K. Galipo
Cooper Alison-Mayne
*Attorneys for Plaintiff*

Dated: June 25, 2026        **ROB BONTA**
                            **ATTORNEY GENERAL OF CALIFORNIA**

By:    */s/    Norman Morrison*

Norman Morrison
Deputy Attorney General
Attorney for Defendants Neil Compston,
John Silveria, and Edward Sinclair

-2-                Case No. 1:20−CV−01793−TLN−EGC

**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**