# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

FREDDIE QUAIR,

                    Plaintiff,

    vs.

COUNTY OF KINGS; TAYLOR LOPES; NEIL COMPSTON; JOHN SILVERIA, and EDWARD SINCLAIR;

                    Defendants

CASE No.: **1:20−CV−01793−TLN-EGC**

[*Honorable Dist. Judge Troy L. Nunley*
[*Honorable Mag. Judge Erin Guy Castillo*]

**[PROPOSED] ORDER**

Pursuant to the stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).  All previously scheduled dates and deadlines in this action are VACATED.

**IT IS SO ORDERED**.

Dated: _____

                                  Honorable Troy L. Nunley
United States District Judge